## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

EARL J. HIBBITTS      .          :
                                    :     C.A. No.
            v.                  :
CHARLES HALE,  INDIAN RIVER      :
TRANSPORT, INC. HERITAGE EQUIPMENT      :
LEASING, LLC and HERITAGE           :
MANAGEMENT GROUP, INC.           :

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE:

Defendants, Charles Hale (hereinafter "Hale"), Indian River Transport, Inc. (hereinafter "IRT"), Heritage Equipment Leasing, LLC (hereinafter "HEL") and Heritage Management Group, Inc. (hereinafter "HMG") (all defendants collectively referred to as "Defendants") by and through their attorneys, Rawle and Henderson, LLP, respectfully aver as follows:

1.  Plaintiff has commenced a civil action against defendants in the Superior Court of Delaware in and for New Castle County. *(See Complaint attached as Exhibit "A.")* Service was effectuated no earlier then the issuance of the July 10, 2008 summons.  *(See docket report attached as Exhibit "B").*

2.  Accordingly, this Notice of Removal was timely filed within thirty (30) days of receipt of the information indicating that the jurisdictional amount may be satisfied pursuant to 28 U.S.C. §1446 (b).

3.  In the Complaint, Plaintiff alleged that as a result of the accident at issue in this lawsuit, he:

> " sustained injuries to his head, neck, back, shoulders, right upper extremity, left upper extremity, left lower extremity, and other injuries, some or all of which may be permanent, pain and suffering, mental distress, a loss of earnings, and other damages. "*See Exhibit A ¶4.*

4. Based upon a fair reading of the Complaint, plaintiff has set forth a claim in which an amount in excess of the jurisdictional limit of $75,000, exclusive of interest and costs, may be at stake.

5. In addition, plaintiff made a demand of $240,000. *See Exhibit C.*

6. Defendant, Charles Hale at all material times, is and was a resident of the State of Florida.

7. Defendant, Indian River Transport, Inc. at all material times was and is a resident of the State of Florida. *See Exhibit D.*

8. Defendant Heritage Equipment Leasing, LLC at all material times was and is a resident of the State of Florida. *See Exhibit E.*

9. Heritage Equipment Leasing, LLC has one member, John Harned. John Harned is a resident of Florida.

10. Defendant Heritage Management Group, Inc. at all material times was and is a resident of the State of Florida. *See Exhibit F.*

11. At all material times hereto, based upon information and belief, plaintiff is and was a citizen of Delaware. *See Exhibit A.*

8. Diversity of citizenship within the meaning of 28 U.S.C. §1332, exists between plaintiff and defendants since:

    (a)    plaintiff is a citizen and resident of the State of Delaware; and

    (b)    defendants are not a citizens or residents of the State of Delaware.

9. Furthermore, diversity of citizenship existed at the time the action sought to be removed was commenced and continues through the time of filing of this notice, such that defendants are entitled to removal pursuant to 28 U.S.C. §1441 as amended, and 28 U.S.C. §1446.

2490776-1

10.    All Defendants are represented by the firm of Rawle & Henderson, LLP and all consent to the Removal of the litigation to United States District Court.

WHEREFORE, defendants, Charles Hale, Indian River Transport, Inc., Heritage Equipment Leasing, LLC and Heritage Management Group, Inc. pray that the above-captioned action now pending in the Superior Court of Delaware in and for New Castle County, be removed there from to this Honorable Court.

RAWLE & HENDERSON LLP

By: _____
      Delia A. Clark (DAC #3337)
      Attorneys for Defendants,
      Charles Hale, Indian River Transport, Inc.
      Heritage Equipment Leasing, LLC, and
      Heritage Management Group, Inc.
      300 Delaware Avenue, Ste. 1015
      Wilmington, DE 19801
      (302) 778-1200

Date:  August 8, 2008

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the within-captioned Notice of

Removal Pursuant to 28 U.S.C. §1446(d) was served via first-class mail, postage prepaid, on

counsel for plaintiff listed below:

Lawrance Spiller Kimmel, Esquire
Kimmel, Carter, Roman & Peltz, P.A.
56 W. Main Street, Fourth Floor
Plaza 273
Newark, DE 19702

RAWLE & HENDERSON LLP

_____
Delia A. Clark

Dated: August 8, 2008

# EXHIBIT "A"

EFiled: Jun 26 2008 6:56PM EDT
Transaction ID 20427072
Case No. 08C-06-223 PLA

# SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)

COUNTY: (New Castle) Kent  Sussex          CIVIL ACTION NUMBER: _____

| | |
|---|---|
| **CAPTION:**<br><br>EARL J. HIBBITTS<br><br>_____<br><br>Plaintiff,<br><br>_____<br><br>v.<br><br>_____<br><br>CHARLES HALE, INDIAN RIVER TRANSPORT, INC.,<br>HERITAGE EQUIPMENT LEASING, LLC, and<br>HERITAGE MANAGEMENT GROUP, INC.,<br><br>Defendants. | Civil Case Code: **CPIA**<br>_____<br><br>Civil Case Type: **Personal Injury Auto**<br>_____<br><br>Name and Status of Party filing document:<br><br>EARL J. HIBBITTS, Plaintiff<br><br>Document Type: (E.G. Complaint; Answer with Counterclaim)<br>COMPLAINT, SUMMONS, ANSWER TO FORM 30<br>INTERROGATORIES, AND PRAECIPE.<br><br>JURY DEMAND:   X  Yes ____ No |

| | |
|---|---|
| **ATTORNEY NAME:**<br><br>Lawrance Spiller Kimmel, Esq.<br><br>**ATTORNEY ID:** 4725<br><br>**FIRM NAME:**<br><br>Kimmel, Carter, Roman & Peltz<br><br>**ADDRESS:**<br><br>Plaza 273<br><br>56 West Main Street, 4th Floor<br><br>Newark, Delaware 19702<br><br>**TELEPHONE NUMBER:** (302) 565-6100<br><br>**FAX NUMBER:** (302) 565-6101<br><br>**E-MAIL ADDRESS:** lkimmel@kcrlaw.com | **IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS:**<br><br>None.<br><br>**EXPLAIN THE RELATIONSHIP:**<br><br>Not Applicable<br><br>**OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT:**<br><br>Not Applicable |

EFiled: Jun 26 2008 6:56PM EDT
Transaction ID 20427072
Case No. 08C-06-223 PLA

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

EARL J. HIBBITTS,                    :
                                     :
            Plaintiff,               :        C.A. No.:
                                     :
      v.                             :        NON-ARBITRATION CASE
                                     :
CHARLES HALE,                        :
INDIAN RIVER TRANSPORT, INC.,        :
HERITAGE EQUIPMENT                   :
LEASING, LLC, and, HERITAGE          :
MANAGEMENT GROUP, INC,               :
                                     :        JURY TRIAL DEMANDED
            Defendants.              :

## PRAECIPE

PLEASE ISSUE SUMMONS, COMPLAINT, and PLAINTIFF'S ANSWERS

TO SUPERIOR COURT FORM 30 INTERROGATORIES on:

1) Defendant Charles Hale at 2580 Executive Road, Winterhaven, FL 33884,

through the Secretary of State pursuant to 10 Del.C. § 3112;

2) Defendant Indian River Transport, Inc., through the corporation itself at 2580

Executive Road, Winterhaven, FL 33884, through the Secretary of State pursuant to 10

Del.C. § 3104.

3) Defendant Heritage Equipment Leasing, LLC, through the corporation itself at

2580 Executive Road, Winterhaven, FL 33884, through the Secretary of State pursuant to

10 Del.C. § 3104;

4) Defendant Heritage Management Group, LLC, through the corporation itself at

2580 Executive Road, Winterhaven, FL 33884, through the Secretary of State pursuant to

10 Del.C. § 3104.

/s/ LAWRANCE SPILLER KIMMEL
LAWRANCE SPILLER KIMMEL, ESQUIRE
Kimmel, Carter, Roman, & Peltz, P.A.
56 W. Main Street, Fourth Floor
Plaza 273
Newark, DE 19702
(302) 565-6100
Attorney for Plaintiff
Bar ID: 4725

DATE: June 26, 2008

EFiled: Jun 26 2008  6:56P...EBT
Transaction ID 20427072
Case No. 08C-06-223 PLA

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| EARL J. HIBBITTS, | : | |
| Plaintiff, | : | C.A. No.: |
| v. | : | NON-ARBITRATION CASE |
| CHARLES HALE,<br>INDIAN RIVER TRANSPORT, INC.,<br>HERITAGE EQUIPMENT<br>LEASING, LLC, and, HERITAGE<br>MANAGEMENT GROUP, INC, | : | |
| Defendants. | : | JURY TRIAL DEMANDED |

**THE STATE OF DELAWARE,**

**TO THE SHERIFF OF KENT COUNTY:**

**YOU ARE COMMANDED:**

    To summon the above named defendant's so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon Lawrance Spiller Kimmel, Esquire, plaintiff's attorney, whose address is 200 Biddle Avenue, Suite 101, Springside Plaza, Newark DE 19702, an answer to complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

    To serve upon defendant a copy hereof and of the complaint (and of the affidavit of demand if any has been filed by plaintiff).

SHARON AGNEW
Prothonotary
_____
Per Deputy

**TO THE ABOVE NAMED DEFENDANT:**

    In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

SHARON AGNEW
Prothonotary
_____
Per Deputy

EFiled: Jun 26 2008 6:56PM EDT
Transaction ID 20427072
Case No. 08C-06-223 PLA

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

EARL J. HIBBITTS,                          :
                                           :
        Plaintiff,                         :       C.A. No.:
                                           :
            v.                             :       NON-ARBITRATION CASE
                                           :
CHARLES HALE,                              :
INDIAN RIVER TRANSPORT, INC.,              :
HERITAGE EQUIPMENT                         :
LEASING, LLC, and, HERITAGE                :
MANAGEMENT GROUP, INC,                     :
                                           :
        Defendants.                        :       JURY TRIAL DEMANDED
                                           :

## COMPLAINT

1. On Tuesday, 7/18/06, at approximately 4:35 p.m., Plaintiff was operating his vehicle, stopped in traffic on southbound New Castle Avenue, in New Castle, New Castle County, Delaware, when he was struck from the rear by a vehicle left unoccupied by Defendant Hale, who had left his vehicle unattended in a negligent and careless manner, causing his vehicle to roll down a hill and into the Plaintiff's vehicle, causing Plaintiff's vehicle to strike two motor vehicles in front of him, resulting in injuries and damages to Plaintiff.

2. The conduct of Defendant Hale was negligent and careless in a manner which proximately caused the aforesaid accident in that he:

   (a) left his vehicle unattended in violation of 21 Del.C. Section 4182;

   (b) failed to maintain proper control over his vehicle; and,

   (c) operated his vehicle in a careless and/or inattentive manner in violation of 21 Del.C. Section 4176;

(d) failed to effectively set the brake of his vehicle when leaving it unattended in violation of 21 Del.C. Section 4182;

(e) failed to turn the front wheels to the curb or side of the highway in violation of 21 Del.C. Section 4182;

(f) failed to equip his vehicle with brakes adequate to control the movement of and to stop and to hold such vehicle and any trailer or semitrailer attached thereto including 2 separate means of applying the brakes in violation of 21 Del.C. Section 4303;

(g) failed to maintain the brakes of his vehicle in good working order and conform to regulations promulgated by the Secretary in violation of 21 Del.C. Section 4303;

(h) failed to maintain the brakes of his vehicle so the hand brake could hold such vehicle stationary on any grade upon which operated in violation of 21 Del.C. Section 4304;

(i) operated a vehicle with faulty and/or defective equipment, causing said vehicle to move forward when left unattended on the roadway.

3. The negligence of Defendant Hale is imputed to Defendants Indian River Transport, Inc., Heritage Equipment Leasing, LLC, and Heritage Management Group, LLC, since the former was operating the vehicle as the agent, servant and/or employee of Defendants Indian River Transport, Inc., Heritage Equipment Leasing, LLC, and Heritage Management Group, LLC, and was pursuing Defendants Indian River Transport, Inc., Heritage Equipment Leasing, LLC's, and Heritage Management Group, LLC's business at the time of the aforesaid accident. Each Defendant must deny agency by affidavit pursuant to 10 Del. C. Section 3916.

4. As a result of the aforesaid conduct of Defendants, Plaintiff sustained injuries to his head, neck, back, shoulders, right upper extremity, left upper extremity, left lower extremity, right lower extremity, and other injuries, some or all of which may be permanent, pain and suffering, mental distress, a loss of earnings, and other damages.

WHEREFORE, Plaintiff demands judgment against Defendants for his general and special damages, in an amount to be determined by a jury, plus costs and interest.

/s/ LAWRANCE SPILLER KIMMEL
LAWRANCE SPILLER KIMMEL, ESQUIRE
Kimmel, Carter, Roman, & Peltz, P.A.
56 W. Main Street, Fourth Floor
Plaza 273
Newark, DE 19702
(302) 565-6100
Attorney for Plaintiff
Bar ID: 4725

DATE: June 26, 2008

EFiled: Jun 26 2008 6:56PM EDT
Transaction ID 20427072
Case No. 08C-06-223 PLA

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

EARL J. HIBBITTS,                                    :

    Plaintiff,                                      :      C.A. No.:

        v.                                         :      NON-ARBITRATION CASE

                               :

CHARLES HALE,                                       :
INDIAN RIVER TRANSPORT, INC.,                       :
HERITAGE EQUIPMENT                                  :
LEASING, LLC, and, HERITAGE                         :
MANAGEMENT GROUP, INC,                              :
                               :      JURY TRIAL DEMANDED
    Defendants.                                     :

## ANSWERS TO SUPERIOR COURT
## FORM 30 INTERROGATORIES

1. Give the names and present or last known residential and employment address and

telephone number of each eye-witness to the incident which is the subject of litigation

### ANSWER:

See the police report.

2. Give the names and present or last known residential and employment address and

telephone number of each person who has knowledge of the facts relating to the

litigation.

### ANSWER:

See those listed in the Police Report, as well as plaintiff's friends, relatives, and business
associates.

Christiana Hospital, 4755 Ogletown-Stanton Road, Newark, DE 19710;

Delaware Open MRI, H-42 Omega Drive, Newark, DE 19713;

Glasgow Surgery Center, 2600 Glasgow Ave., Ste. 226, Newark, DE 19702;

Dr. Arnold B. Glassman, 700 Lea Blvd, Suite 102, Wilmington, DE 19802;

Dr. Bruce H. Grossinger, Delaware Neurological Center, 4100 Dawnbrook Dr., Suite 4 Arbor Point Professional Center, Wilmington, DE 19804;

Dr. Stephen L. Hershey, First State Orthopaedics, Med. Arts Pav. Suites 225 and 238 4745 Ogletown-Stanton Rd., Newark, DE 19713-1338;

Dr. Victor R. Kalman, Morgan Kalman Clinic, 2501 Silverside Road, Wilmington, DE 19810;

Dr. Anne C. Mack, Delaware Back Pain & Rehab Center, 2600 Glasgow Avenue Suite 210, Newark, DE 19702;

Scomed Supply, Inc., 316 Commerce Drive, Exton, PA 19341.

3.  Give the names of all persons who have been interviewed in connection with the above litigation, including the names and present and last known residential and employment addresses and telephone numbers of the person who made the said interviews and name and present or last known residential and employment addresses and telephone numbers of persons who have the original and copies of the interview.

ANSWER:

None known.

4. Identify all photographs, diagrams, or other representations made in connection with the matter in litigation giving the name and present or last known residential and employment address and telephone number of the person having the original and copies thereof. (In lieu thereof, a copy can be attached.)

ANSWER:

See Police Report.

5. Give the name, professional address and telephone number of all expert witnesses presently retained by the party together with the dates of any written opinions prepared by said expert. If an expert is not presently retained, describe by type the experts whom the party expects to retain in connection with the litigation.

## ANSWER:

See those physicians listed in Interrogatory number 2 above.

6. Give a brief description of any insurance policy, including excess coverage, that is or may be applicable to the litigation, including:

    a. The name and address of all companies insuring the risk;

    b. The policy number;

    c. The amount of primary, /secondary, and excessive coverage.

    d. The type of insurance;

## ANSWER:

Geico Insurance Company, 1 Geico Boulevard, Fredericksburg, VA 22412, (800) 841-1003, Claim Number: 0166116410101061 (15K/30K PIP – Exhausted);

Continental Casualty Company, PO Box 17369, Denver, CO 80217, Claim Number: TR903960 (Unknown LIAB)

5. Give the name, professional address and telephone number of all expert witnesses presently retained by the party together with the dates of any written opinions prepared by said expert. If an expert is not presently retained, describe by type the experts whom the party expects to retain in connection with the litigation.

ANSWER:

See those physicians listed in Interrogatory number 2 above.

6. Give a brief description of any insurance policy, including excess coverage, that is or may be applicable to the litigation, including:

   a.   The name and address of all companies insuring the risk;

   b.   The policy number;

   c.   The amount of primary, /secondary, and excessive coverage.

   d.   The type of insurance;

ANSWER:

Geico Insurance Company, 1 Geico Boulevard, Fredericksburg, VA 22412, (800) 841-1003, Claim Number: 0166116410101061 (15K/30K PIP – Exhausted);

Continental Casualty Company, PO Box 17369, Denver, CO 80217, Claim Number: TR903960 (Unknown LIAB)

7. Give the name, professional address, and telephone number of all physicians,

chiropractors, psychologists, and physical therapists who have examined or treated you at

any time during the ten year period immediately prior to the date of the incident at issue

in this litigation.

ANSWER:

To be provided.

/s/ LAWRANCE SPILLER KIMMEL

LAWRANCE SPILLER KIMMEL, ESQUIRE

Kimmel, Carter, Roman, & Peltz, P.A.

56 W. Main Street, Fourth Floor

Plaza 273

Newark, DE 19702

(302) 565-6100

Attorney for Plaintiff

Bar ID: 4725

DATE: June 26, 2008

EFiled: Jun 26 2008 6:56␣␣EDT
Transaction ID 20427072
Case No. 08C-06-223 PLA

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| EARL J. HIBBITTS, | : | |
| | : | |
| Plaintiff, | : | C.A. No.: |
| | : | |
| v. | : | NON-ARBITRATION CASE |
| | : | |
| CHARLES HALE, | : | |
| INDIAN RIVER TRANSPORT, INC., | : | |
| HERITAGE EQUIPMENT | : | |
| LEASING, LLC, and, HERITAGE | : | |
| MANAGEMENT GROUP, INC, | : | |
| | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

### AFFIDAVIT OF COUSEL PURSUANT
### TO RULE 3(a)(1)(ii) AND (iii)

STATE OF DELAWARE:
: SS
NEW CASTLE COUNTY:

LAWRANCE S. KIMMEL, being duly sworn this 26ᵗʰ day of _June_, 2008,

does depose and say:

1. He is attorney for plaintiff in the above-referenced action.

2. This action involves a claim for personal injuries where the plaintiff claims
   special damages that have and will be supplied.

**FILING IN COMPLIANCE WITH SUPERIOR COURT RULE 3(h)**

In compliance with Superior Court Civil Rule 3(h), Plaintiff attaches the following

documentation:

(i)    Answers to Form 30 Interrogatories;

(ii)    Due to the volume of documentary evidence gathered in this case, it is

impractical to attach photocopies of all documents to the complaint.    Copies of all

documents discoverable under this rule will be forwarded to the attorney for the defendant once an appearance is made by defendant's counsel and a written request for these documents is made.

LAWRANCE SPILLER KIMMEL

SWORN TO AND SUBSCRIBED before me the day and year aforesaid.

NOTARY PUBLIC

JONATHAN B. O'NEILL
ATTORNEY AT LAW
Notarial Officer, State of Delaware
Pursuant to 29 Del. C. § 4323(a)(3)
This cem

# EXHIBIT "B"

Printed on: Thursday, August 07, 2008 11:48:54 EDT

# Case History Search

Search Created:
Thursday, August 07, 2008 11:48:54 EDT

| | | | |
|---|---|---|---|
| **Court:** | DE Superior Court-New Castle County | **Judge:** | Ableman, Peggy L | **File & Serve Live Date:** | 6/26/2008 |
| **Division:** | | **Case Number:** | 08C-06-223 PLA | **Document(s) Filed:** | 9 |
| **Case Type:** | CPIA - Personal Injury Auto | **Case Name:** | Hibbitts, Earl J vs Charles Hale | **Date Range:** | All |

1-4 of 4 transactions   <<Prev Page 1 of 1 Next>>

| Transaction | ▽Date/Time | Option | Case Number Case Name | Authorizer Organization | # | Document Type | Document Title | Size |
|---|---|---|---|---|---|---|---|---|
| 20909142 | 8/4/2008 10:44 AM EDT | File And Serve | 08C-06-223 PLA Hibbitts, Earl J vs Charles Hale | Sharon Agnew, DE Superior Court-New Castle County | 4 | Sheriffs Return | SHERIFF'S RETURN SERVED CHARLES HALE & INDIAN RIVER TRAN, INC HERITAGE EQUIP LEASING & HERITAGE MANGT GROUP. SERVING S.O.S. ON 07-21-08 | 0.1MB |
| 20909015 | 8/4/2008 10:39 AM EDT | File And Serve | 08C-06-223 PLA Hibbitts, Earl J vs Charles Hale | Sharon Agnew, DE Superior Court-New Castle County | 3 | Sheriffs Return | SHERIFF'S RETURN SERVED INDIAN RIVER TRASPORT, INC, HERITAGE EQUIPMENT LEASING & HERITAGE MANAGEMENT GROUP & CHARLES HALE. BY SERVING S.O.S. ON 7-21-08. | 0.1MB |
| 20585949 | 7/10/2008 12:32 PM EDT | File Only | 08C-06-223 PLA Hibbitts, Earl J vs Charles Hale | Peggy L Ableman, DE Superior Court-New Castle County | 2 | Writ(s) Issued | (4) writs issued - Sec. of State | 0MB |
| 20427072 | 6/26/2008 6:56 PM EDT | File Only | 08C-06-223 PLA Hibbitts, Earl J vs Charles Hale | Lawrance S Kimmel, Kimmel Carter Roman & Peltz PA-Bear | 1 | Complaint | Hibbitts v. Hale, et. al., - COMPLAINT | 0.1MB |
| | | | | | | Case Information Statement | Hibbitts v. Hale, et. al., - CASE INFORMATION STATEMENT | 0.1MB |
| | | | | | | Praecipe | Hibbitts v. Hale, et. al., - PRAECIPE | 0.1MB |
| | | | | | | Summons | Hibbitts v. Hale, et. al., - SUMMONS | 0.1MB |
| | | | | | | Form 30 Interrogatories | Hibbitts v. Hale, et. al., - FORM 30 INTERROGATORIES | 0.1MB |
| | | | | | | Affidavit | Hibbitts v. Hale, et. al., - AFFIDAVIT OF COUNSEL | 0.1MB |

1-4 of 4 transactions   <<Prev Page 1 of 1 Next>>

# EXHIBIT "C"

LAW OFFICES

# KIMMEL, CARTER, ROMAN & PELTZ

PROFESSIONAL ASSOCIATION

MORTON RICHARD KIMMEL*
EDWARD B. CARTER, JR.
THOMAS J. ROMAN
WILLIAM R. PELTZ
MICHAEL D. BEDNASH
MATTHEW M. BARTKOWSKI **
JONATHAN B. O'NEILL ***
LAWRANCE SPILLER KIMMEL ****

* ALSO MEMBER DC BAR
** ALSO MEMBER PA BAR
*** ALSO MEMBER NJ BAR
**** ALSO MEMBER PA & NJ BARS

PLAZA 273 & I-95

<u>MAILING ADDRESS</u>

P.O. BOX 8149

NEWARK, DELAWARE 19714

—

(302) 565-6100
FAX (302) 565-6101

<u>WILMINGTON OFFICE</u>

913 MARKET STREET
SUITE 700
WILMINGTON, DE
(302) 571-0800

<u>WEB SITE</u>
www.Kimmelcarter.com

July 3, 2008

Re:    Earl Hibbitts vs. Hale, et al.
       Date of Accident:  7/18/06
       <u>Claim #: TR903960</u>

Mr. Jack Donovan
CNA Claim Plus
2345 Commerce Avenue
Building 2200
Duluth, GA  30096

Dear Mr. Donovan:

   Enclosed please find a copy of the complaint, which I e-filed with the Court on June 26, 2008.  Please be advised that our new demand is $240,000.00.  Please contact me to discuss further.

   Thank you.

Very truly yours,

Lawrance Spiller Kimmel

LSK/bel
Enclosure

# EXHIBIT "D"

# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |
|------|-----------|-------------------|-------------------|-------|------|

Previous on List    Next on List    Return To List

Events    Name History

Entity Name Search

# Detail by Entity Name

## Florida Profit Corporation

INDIAN RIVER TRANSPORT CO.

## Filing Information

| | |
|---|---|
| **Document Number** | P93000022942 |
| **FEI Number** | 593172232 |
| **Date Filed** | 03/26/1993 |
| **State** | FL |
| **Status** | ACTIVE |
| **Effective Date** | 03/24/1993 |
| **Last Event** | NAME CHANGE AMENDMENT |
| **Event Date Filed** | 03/29/1993 |
| **Event Effective Date** | NONE |

## Principal Address

2580 EXECUTIVE RD
WINTER HAVEN FL 33884-1163

Changed 03/14/2006

## Mailing Address

2580 EXECUTIVE RD
WINTER HAVEN FL 33884-1163

Changed 01/09/2008

## Registered Agent Name & Address

HARNED, JOHN J JR
2580 EXECUTIVE RD
WINTER HAVEN FL 33884 US

Address Changed: 03/20/2002

## Officer/Director Detail

**Name & Address**

Title D

HARNED, JOHN J JR
2580 EXECUTIVE ROAD
WINTER HAVEN FL 33884-1163

## Annual Reports

**Report Year    Filed Date**
**2006**          03/14/2006

# EXHIBIT "E"



Previous on List    Next on List    Return To List

Events        Name History

Entity Name Search

# Detail by Entity Name

## Florida Limited Liability Company

HERITAGE EQUIPMENT LEASING, LLC

## Filing Information

| | |
|---|---|
| Document Number | L03000038671 |
| FEI Number | 200309976 |
| Date Filed | 10/09/2003 |
| State | FL |
| Status | ACTIVE |
| Last Event | NAME CHANGE AMENDMENT |
| Event Date Filed | 03/24/2004 |
| Event Effective Date | NONE |

## Principal Address

2580 EXECUTIVE ROAD
WINTER HAVEN FL 33884-1163

Changed 02/08/2007

## Mailing Address

2580 EXECUTIVE ROAD
WINTER HAVEN FL 33884-1163

Changed 03/14/2006

## Registered Agent Name & Address

HARNED, JOHN J JR.
2580 EXECUTIVE ROAD
WINTER HAVEN FL 33884

Name Changed: 03/29/2004

## Manager/Member Detail

**Name & Address**

Title MGR

HARNED, JOHN J JR.
2580 EXECUTIVE ROAD
WINTER HAVEN FL 33884

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2006 | 03/14/2006 |
| 2007 | 02/08/2007 |

# EXHIBIT "F"

FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List

Events    Name History

Entity Name Search

# Detail by Entity Name

## Florida Profit Corporation

HERITAGE MANAGEMENT GROUP, INC.

## Filing Information

| | |
|---|---|
| **Document Number** | P03000112255 |
| **FEI Number** | 200309849 |
| **Date Filed** | 10/09/2003 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | NAME CHANGE AMENDMENT |
| **Event Date Filed** | 03/22/2004 |
| **Event Effective Date** | NONE |

## Principal Address

2580 EXECUTIVE RD.
WINTER HAVEN FL 33884-1163

Changed 03/14/2006

## Mailing Address

2580 EXECUTIVE RD.
WINTER HAVEN FL 33884-1163

Changed 03/14/2006

## Registered Agent Name & Address

HARNED, JOHN J JR.
2580 EXECUTIVE RD.
WINTER HAVEN FL 33884

Address Changed: 03/14/2006

## Officer/Director Detail

**Name & Address**

Title D

HARNED, JOHN J JR.
2580 EXECUTIVE RD.
WINTER HAVEN FL 33884

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2006 | 03/14/2006 |
| 2007 | 02/08/2007 |

**JS 44** (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Earl J. Hibbitts

## DEFENDANTS

Indian River Transport, Inc., Heritage Equipment Leasing, LLC, Heritage Management Group, Inc., and Charles Hale ⊞

**(b)** County of Residence of First Listed Plaintiff    New Castle
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    Polk
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Lawrance Spiller Kimmel, Kimmel, Carter, Roman & Peltz, 56 W. Main Street, Fourth Floor, Plaza 273, Newark, DE 19702 ⊞

Attorneys (If Known)

Delia Clark, Rawle & Henderson, LLP, 300 Delaware Ave, Suite 1015, Wilmington, DE19801 ⊞

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1   U.S. Government Plaintiff

☐ 3   Federal Question
(U.S. Government Not a Party)

☐ 2   U.S. Government Defendant

☒ 4   Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | ☐ 625 Drug Related Seizure |    28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |    Liability |    of Property 21 USC 881 |  | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
|    & Enforcement of Judgment |    Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | ☐ 650 Airline Regs. | ☐ 830 Patent |    Corrupt Organizations |
| ☐ 152 Recovery of Defaulted |    Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|    Student Loans | ☐ 340 Marine |    Safety/Health |  | ☐ 490 Cable/Sat TV |
|    (Excl. Veterans) | ☐ 345 Marine Product | ☐ 690 Other |  | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment |    Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
|    of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) |    Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle |    Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract |    Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) |    12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |    Injury |    & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. |    or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ |    Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land |    Accommodations |  |    26 USC 7609 |    Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare |  |  | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | **PRISONER PETITIONS** |  |    Under Equal Access |
|  |    Employment | ☐ 510 Motions to Vacate |  |    to Justice |
|  | ☐ 446 Amer. w/Disabilities - |    Sentence |  | ☐ 950 Constitutionality of |
|  |    Other | **Habeas Corpus:** |  |    State Statutes |
|  | ☐ 440 Other Civil Rights | ☐ 530 General |  |  |
|  |  | ☐ 535 Death Penalty | **IMMIGRATION** |  |
|  |  | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |
|  |  | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - |  |
|  |  | ☐ 555 Prison Condition |    Alien Detainee |  |
|  |  |  | ☐ 465 Other Immigration |  |
|  |  |  |    Actions |  |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding    ☒ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ 6 Multidistrict Litigation    ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. §1332

Brief description of cause:
Motor Vehicle Accident

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☑ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):    JUDGE _____    DOCKET NUMBER _____

DATE
08/08/2008

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____