IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| EARL J. HIBBITTS . | : |
| | : C.A. No. |
| v. | : |
| CHARLES HALE, INDIAN RIVER | : |
| TRANSPORT, INC. HERITAGE EQUIPMENT | : |
| LEASING, LLC and HERITAGE | : |
| MANAGEMENT GROUP, INC. | : |

### NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE:

Defendants, Charles Hale (hereinafter "Hale"), Indian River Transport, Inc. (hereinafter "IRT"), Heritage Equipment Leasing, LLC (hereinafter "HEL") and Heritage Management Group, Inc. (hereinafter "HMG") (all defendants collectively referred to as "Defendants") by and through their attorneys, Rawle and Henderson, LLP, respectfully aver as follows:

1. Plaintiff has commenced a civil action against defendants in the Superior Court of Delaware in and for New Castle County. *(See Complaint attached as Exhibit "A.")* Service was effectuated no earlier then the issuance of the July 10, 2008 summons. *(See docket report attached as Exhibit "B").*

2. Accordingly, this Notice of Removal was timely filed within thirty (30) days of receipt of the information indicating that the jurisdictional amount may be satisfied pursuant to 28 U.S.C. §1446 (b).

3. In the Complaint, Plaintiff alleged that as a result of the accident at issue in this lawsuit, he:

> " sustained injuries to his head, neck, back, shoulders, right upper extremity, left upper extremity, left lower extremity, and other injuries, some or all of which may be permanent, pain and suffering, mental distress, a loss of earnings, and other damages. "*See Exhibit A ¶4.*

2490776-1

4. Based upon a fair reading of the Complaint, plaintiff has set forth a claim in which an amount in excess of the jurisdictional limit of $75,000, exclusive of interest and costs, may be at stake.

5. In addition, plaintiff made a demand of $240,000. *See Exhibit C.*

6. Defendant, Charles Hale at all material times, is and was a resident of the State of Florida.

7. Defendant, Indian River Transport, Inc. at all material times was and is a resident of the State of Florida. *See Exhibit D.*

8. Defendant Heritage Equipment Leasing, LLC at all material times was and is a resident of the State of Florida. *See Exhibit E.*

9. Heritage Equipment Leasing, LLC has one member, John Harned. John Harned is a resident of Florida.

10. Defendant Heritage Management Group, Inc. at all material times was and is a resident of the State of Florida. *See Exhibit F.*

11. At all material times hereto, based upon information and belief, plaintiff is and was a citizen of Delaware. *See Exhibit A.*

8. Diversity of citizenship within the meaning of 28 U.S.C. §1332, exists between plaintiff and defendants since:

    (a)    plaintiff is a citizen and resident of the State of Delaware; and

    (b)    defendants are not a citizens or residents of the State of Delaware.

9. Furthermore, diversity of citizenship existed at the time the action sought to be removed was commenced and continues through the time of filing of this notice, such that defendants are entitled to removal pursuant to 28 U.S.C. §1441 as amended, and 28 U.S.C. §1446.

2490776-1

10. All Defendants are represented by the firm of Rawle & Henderson, LLP and all consent to the Removal of the litigation to United States District Court.

WHEREFORE, defendants, Charles Hale, Indian River Transport, Inc., Heritage Equipment Leasing, LLC and Heritage Management Group, Inc. pray that the above-captioned action now pending in the Superior Court of Delaware in and for New Castle County, be removed there from to this Honorable Court.

                                      **RAWLE & HENDERSON LLP**

By: _____
      Delia A. Clark (DAC #3337)
      Attorneys for Defendants,
      Charles Hale, Indian River Transport, Inc.
      Heritage Equipment Leasing, LLC, and
      Heritage Management Group, Inc.
      300 Delaware Avenue, Ste. 1015
      Wilmington, DE 19801
      (302) 778-1200

Date: August 8, 2008

2490776-1

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the within-captioned Notice of Removal Pursuant to 28 U.S.C. §1446(d) was served via first-class mail, postage prepaid, on counsel for plaintiff listed below:

Lawrance Spiller Kimmel, Esquire
Kimmel, Carter, Roman & Peltz, P.A.
56 W. Main Street, Fourth Floor
Plaza 273
Newark, DE 19702

RAWLE & HENDERSON LLP

_____
Delia A. Clark

Dated: August 8, 2008