IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EARL J. HIBBITTS | : | C.A. No. |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| CHARLES HALE, | : | JURY TRIAL DEMANDED |
| INDIAN RIVER TRANSPORT, | : | |
| HERITAGE EQUIPMENT LEASING, LLC, | : | |
| HERITAGE MANAGEMENT GROUP, INC. | : | |
|     Defendants | | |

## DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and/or publicly held corporation that owns 10% or more of its stock.

☒ The nongovernmental corporate party, Indian River Transport, Inc., in the above listed civil action has the following parent corporation(s), which is not a publicly held corporation(s), that owns 10% or more of its stock:

Heritage Management Group, Inc.

Date: August 8, 2008          Signature: [signature]

Counsel for: Defendants Charles Hale, Indian River Transport, Inc., Heritage Equipment Leasing, LLC, and Heritage Management Group, Inc.

2500718-1