IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EARL J. HIBBITTS<br>    Plaintiff | : C.A. No.<br>:<br>: |
| v. | : |
| CHARLES HALE,<br>INDIAN RIVER TRANSPORT,<br>HERITAGE EQUIPMENT LEASING, LLC,<br>HERITAGE MANAGEMENT GROUP, INC.<br>    Defendants | : JURY TRIAL DEMANDED<br>:<br>:<br>:<br>: |

### DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party, , in the above listed civil action does not have any parent corporation and/or publicly held corporation that owns 10% or more of its stock.

☒ The nongovernmental corporate party, Heritage Equipment Leasing, LLC, in the above listed civil action has the following parent corporation(s), which is not a publicly held corporation(s), that owns 10% or more of its stock:

Heritage Management Group, Inc.

Date: August 8, 2008   Signature: _/s/_

Counsel for: Defendants Charles Hale, Indian River Transport, Inc., Heritage Equipment Leasing, LLC, and Heritage Management Group, Inc.

2500717-1