## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

EARL J. HIBBITTS,                           :
                                            :
          Plaintiff,                        :        C.A. No.:  08C-06-223 PLA
                                            :
     v.                                     :        NON-ARBITRATION CASE
                                            :
CHARLES HALE,                               :
INDIAN RIVER TRANSPORT, INC.,               :
HERITAGE EQUIPMENT                          :
LEASING, LLC, and, HERITAGE                 :
MANAGEMENT GROUP, INC,                      :
                                            :        JURY TRIAL DEMANDED
          Defendants.                       :

## A F F I D A V I T

STATE OF DELAWARE  :
                   : SS.
NEW CASTLE COUNTY :

     I, LAWRANCE SPILLER KIMMEL, am attorney for the plaintiff(s).

     This affidavit is made on behalf of the plaintiff(s) in accordance with the provisions of 10 Del.C. §3112 as amended and also pursuant to Superior Court Rule 4(f)(II)(h) and is filed as an amendment to the complaint.

     The defendant, Charles Hale, is a resident of the State of Florida and his last known address is 2580 Executive Road, Winterhaven, FL 33884.

     On the 5th day of August 2008, a notice, a copy of which is attached hereto as exhibit "A" and incorporated by reference as is more fully set forth, was sent by registered mail, return receipt requested, at the address set forth above.

On or about the 19th day of August 2008, the return receipt number RA 528 766 538 US, which is attached hereto as Exhibit "B" and incorporated by reference as is more fully set forth, was received on behalf of the plaintiff from the postal authorities showing the notice was signed by Janet Kennedy on the Defendant's behalf.


**LAWRANCE SPILLER KIMMEL, ESQUIRE**
Bar ID: 4725
Kimmel, Carter, Roman & Peltz, P.A.
56 W. Main Street, Fourth Floor
Plaza 273
Newark, DE 19702
(302) 565-6100
Attorney for Plaintiff


SWORN TO AND SUBSCRIBED BEFORE ME this _25th_ day of _August_ , A.D., 2008.


Notary Public



Registered No. RA 528 1657 US

Reg. Fee $10.80

Handling Charge $0.00

Postage $0.76

Received by

Return Receipt $0.00

Restricted Delivery $0.00

Customer Must Declare Full Value $ $0.01

To Be Completed By Post Office

Date Stamp

0711
09
08/07/2008

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM  Insurance Spiller Rimmel
P O Box 8149
Newark, DE 19714

TO  Mr. Charles Hale
Executive Rd.
Winterhaven, FL 33884

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

PS Form 3806, May 2007 (7530-02-000-9051)

Receipt for Registered Mail    Copy 1 - Customer
(See Information on Reverse)

For domestic delivery information, visit our website at www.usps.com ®

LAW OFFICES

# KIMMEL, CARTER, ROMAN & PELTZ

PROFESSIONAL ASSOCIATION

MORTON RICHARD KIMMEL*
EDWARD B. CARTER, JR.
THOMAS J. ROMAN
WILLIAM R. PELTZ
MICHAEL D. BEDNASH
MATTHEW M. BARTKOWSKI **
JONATHAN B. O'NEILL ***
LAWRANCE SPILLER KIMMEL ****

   * ALSO MEMBER DC BAR
  ** ALSO MEMBER PA BAR
 *** ALSO MEMBER NJ BAR
**** ALSO MEMBER PA & NJ BARS

PLAZA 273 & I-95

MAILING ADDRESS

P.O. BOX 8149

NEWARK, DELAWARE 19714

———

(302) 565-6100

FAX (302) 565-6101

WILMINGTON OFFICE

913 MARKET STREET
SUITE 700
WILMINGTON, DE
(302) 571-0800

WEB SITE
www.Kimmelcarter.com

August 5, 2008

Re:    Earl J. Hibbitts v. Charles Hale, et al

Mr. Charles Hale
2580 Executive Road
Winterhaven, FL 33884

Dear Mr. Hale:

     Pursuant to the provisions of 10 <u>Del. C.</u> Section 3112, I am enclosing herewith a copy of the summons, complaint and answers to the Superior Court form 30 interrogatories, together with a copy of the Sheriff's return in the above-captioned case.

     You are hereby notified that service of the original of such process has been served upon the Secretary of State of the State of Delaware.

     As you can see, these papers name you as defendant in a civil action which has been initiated in the Superior Court of Delaware, in and for New Castle County.  Under the provision of Title 10, Section 3112 of the Delaware Code, such service is as effectual to all intents and purposes as if it had been made upon you personally within the State.

Very truly yours,

Lawrance Spiller Kimmel

LSK/bel
Enclosures
REGISTERED MAIL
RETURN RECEIPT REQUESTED

EFiled: Jun 26 2008 6:56PM EDT
Transaction ID 20427072
Case No. 08C-06-223 PLA

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

EARL J. HIBBITTS,                       :

       Plaintiff,                    :          C.A. No.:

          v.                      :          NON-ARBITRATION CASE

CHARLES HALE,                           :
INDIAN RIVER TRANSPORT, INC.,           :
HERITAGE EQUIPMENT                      :
LEASING, LLC, and, HERITAGE             :
MANAGEMENT GROUP, INC,                  :

       Defendants.                    :          JURY TRIAL DEMANDED

**THE STATE OF DELAWARE,**

**TO THE SHERIFF OF KENT COUNTY:**

**YOU ARE COMMANDED:**

      To summon the above named defendant's so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon Lawrance Spiller Kimmel, Esquire, plaintiff's attorney, whose address is 200 Biddle Avenue, Suite 101, Springside Plaza, Newark DE 19702, an answer to complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

      To serve upon defendant a copy hereof and of the complaint (and of the affidavit of demand if any has been filed by plaintiff).

                                     SHARON AGNEW
                                       Prothonotary

                                       Per Deputy

**TO THE ABOVE NAMED DEFENDANT:**

      In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

                                       SHARON AGNEW
                                       Prothonotary

                                       Per Deputy



EFiled:  Aug  4 2008 10:39AM EDT
Transaction ID 20909015
Case No. 08C-06-223 PLA

# Sheriff's Return

Served the within Summons and copy of the following complaint:

SUMMONS/COMPLAINT/INTERROGATORIES

this day, Monday, July 21, 2008, personally upon **HARRIET SMITH WINDSOR**, Secretary of State of the State of Delaware, by leaving with her a true and correct copy of the said Summons for the defendant:

CHARLES HALE



and a copy of the Complaint for the said defendant, together with the sum of $ 2.00 Dollars, as prescribed by Section 3112 of Title 10 of the Delaware Code of 1978.

So Answers,

Jim Higdon
Jim Higdon
Sheriff of Kent County

EFiled: Jun 26 2008 6:56 EDT
Transaction ID 20427072
Case No. 08C-06-223 PLA

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

|  |  |  |
|---|---|---|
| EARL J. HIBBITTS, | : | |
| Plaintiff, | : | C.A. No.: |
| | : | |
| v. | : | NON-ARBITRATION CASE |
| | : | |
| CHARLES HALE, | : | |
| INDIAN RIVER TRANSPORT, INC., | : | |
| HERITAGE EQUIPMENT | : | |
| LEASING, LLC, and, HERITAGE | : | |
| MANAGEMENT GROUP, INC, | : | |
| | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

## PRAECIPE

PLEASE ISSUE SUMMONS, COMPLAINT, and PLAINTIFF'S ANSWERS

TO SUPERIOR COURT FORM 30 INTERROGATORIES on:

1) Defendant Charles Hale at 2580 Executive Road, Winterhaven, FL 33884,

through the Secretary of State pursuant to 10 Del.C. § 3112;

2) Defendant Indian River Transport, Inc., through the corporation itself at 2580

Executive Road, Winterhaven, FL 33884, through the Secretary of State pursuant to 10

Del.C. § 3104.

3) Defendant Heritage Equipment Leasing, LLC, through the corporation itself at

2580 Executive Road, Winterhaven, FL 33884, through the Secretary of State pursuant to

10 Del.C. § 3104;

4) Defendant Heritage Management Group, LLC, through the corporation itself at

2580 Executive Road, Winterhaven, FL 33884, through the Secretary of State pursuant to

10 Del.C. § 3104.

/s/ LAWRANCE SPILLER KIMMEL
**LAWRANCE SPILLER KIMMEL, ESQUIRE**
Kimmel, Carter, Roman, & Peltz, P.A.
56 W. Main Street, Fourth Floor
Plaza 273
Newark, DE 19702
(302) 565-6100
Attorney for Plaintiff
Bar ID: 4725

DATE: June 26, 2008

EFiled: Jun 26 2008 6:56PM EDT
Transaction ID 20427072
Case No. 08C-06-223 PLA

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

EARL J. HIBBITTS,                               :
                                                :
        Plaintiff,                              :        C.A. No.:
                                                :
        v.                                      :        NON-ARBITRATION CASE
                                                :
CHARLES HALE,                                   :
INDIAN RIVER TRANSPORT, INC.,                   :
HERITAGE EQUIPMENT                              :
LEASING, LLC, and, HERITAGE                     :
MANAGEMENT GROUP, INC,                          :
                                                :        JURY TRIAL DEMANDED
        Defendants.                             :

## COMPLAINT

1. On Tuesday, 7/18/06, at approximately 4:35 p.m., Plaintiff was operating his vehicle, stopped in traffic on southbound New Castle Avenue, in New Castle, New Castle County, Delaware, when he was struck from the rear by a vehicle left unoccupied by Defendant Hale, who had left his vehicle unattended in a negligent and careless manner, causing his vehicle to roll down a hill and into the Plaintiff's vehicle, causing Plaintiff's vehicle to strike two motor vehicles in front of him, resulting in injuries and damages to Plaintiff.

2. The conduct of Defendant Hale was negligent and careless in a manner which proximately caused the aforesaid accident in that he:

(a) left his vehicle unattended in violation of 21 Del.C. Section 4182;

(b) failed to maintain proper control over his vehicle; and,

(c) operated his vehicle in a careless and/or inattentive manner in violation of 21 Del.C. Section 4176;

(d) failed to effectively set the brake of his vehicle when leaving it unattended in violation of 21 Del.C. Section 4182;

(e) failed to turn the front wheels to the curb or side of the highway in violation of 21 Del.C. Section 4182;

(f) failed to equip his vehicle with brakes adequate to control the movement of and to stop and to hold such vehicle and any trailer or semitrailer attached thereto including 2 separate means of applying the brakes in violation of 21 Del.C. Section 4303;

(g) failed to maintain the brakes of his vehicle in good working order and conform to regulations promulgated by the Secretary in violation of 21 Del.C. Section 4303;

(h) failed to maintain the brakes of his vehicle so the hand brake could hold such vehicle stationary on any grade upon which operated in violation of 21 Del.C. Section 4304;

(i) operated a vehicle with faulty and/or defective equipment, causing said vehicle to move forward when left unattended on the roadway.

3. The negligence of Defendant Hale is imputed to Defendants Indian River Transport, Inc., Heritage Equipment Leasing, LLC, and Heritage Management Group, LLC, since the former was operating the vehicle as the agent, servant and/or employee of Defendants Indian River Transport, Inc., Heritage Equipment Leasing, LLC, and Heritage Management Group, LLC, and was pursuing Defendants Indian River Transport, Inc., Heritage Equipment Leasing, LLC's, and Heritage Management Group, LLC's business at the time of the aforesaid accident. Each Defendant must deny agency by affidavit pursuant to 10 Del. C. Section 3916.

4. As a result of the aforesaid conduct of Defendants, Plaintiff sustained injuries to his head, neck, back, shoulders, right upper extremity, left upper extremity, left lower extremity, right lower extremity, and other injuries, some or all of which may be permanent, pain and suffering, mental distress, a loss of earnings, and other damages.

**WHEREFORE**, Plaintiff demands judgment against Defendants for his general and special damages, in an amount to be determined by a jury, plus costs and interest.

/s/ **LAWRANCE SPILLER KIMMEL**
**LAWRANCE SPILLER KIMMEL, ESQUIRE**
Kimmel, Carter, Roman, & Peltz, P.A.
56 W. Main Street, Fourth Floor
Plaza 273
Newark, DE 19702
(302) 565-6100
Attorney for Plaintiff
Bar ID: 4725

DATE: June 26, 2008



EFiled: Jun 26 2008 6:56 EDT
Transaction ID 20427072
Case No. 08C-06-223 PLA

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

EARL J. HIBBITTS,                         :
                                          :
        Plaintiff,                        :        C.A. No.:
                                          :
        v.                                :        NON-ARBITRATION CASE
                                          :
CHARLES HALE,                             :
INDIAN RIVER TRANSPORT, INC.,             :
HERITAGE EQUIPMENT                        :
LEASING, LLC, and, HERITAGE               :
MANAGEMENT GROUP, INC,                    :
                                          :        JURY TRIAL DEMANDED
        Defendants.                       :

### ANSWERS TO SUPERIOR COURT
### FORM 30 INTERROGATORIES

1. Give the names and present or last known residential and employment address and

telephone number of each eye-witness to the incident which is the subject of litigation

#### ANSWER:

See the police report.

2. Give the names and present or last known residential and employment address and

telephone number of each person who has knowledge of the facts relating to the

litigation.

#### ANSWER:

See those listed in the Police Report, as well as plaintiff's friends, relatives, and business
associates.

Christiana Hospital, 4755 Ogletown-Stanton Road, Newark, DE 19710;

Delaware Open MRI, H-42 Omega Drive, Newark, DE 19713;

Glasgow Surgery Center, 2600 Glasgow Ave., Ste. 226, Newark, DE 19702;

Dr. Arnold B. Glassman, 700 Lea Blvd, Suite 102, Wilmington, DE 19802;

Dr. Bruce H. Grossinger, Delaware Neurological Center, 4100 Dawnbrook Dr., Suite 4 Arbor Point Professional Center, Wilmington, DE 19804;

Dr. Stephen L. Hershey, First State Orthopaedics, Med. Arts Pav. Suites 225 and 238 4745 Ogletown-Stanton Rd., Newark, DE 19713-1338;

Dr. Victor R. Kalman, Morgan Kalman Clinic, 2501 Silverside Road, Wilmington, DE 19810;

Dr. Anne C. Mack, Delaware Back Pain & Rehab Center, 2600 Glasgow Avenue Suite 210, Newark, DE 19702;

Scomed Supply, Inc., 316 Commerce Drive, Exton, PA 19341.

3. Give the names of all persons who have been interviewed in connection with the above litigation, including the names and present and last known residential and employment addresses and telephone numbers of the person who made the said interviews and name and present or last known residential and employment addresses and telephone numbers of persons who have the original and copies of the interview.

**ANSWER:**

None known.

4. Identify all photographs, diagrams, or other representations made in connection with the matter in litigation giving the name and present or last known residential and employment address and telephone number of the person having the original and copies thereof. (In lieu thereof, a copy can be attached.)

**ANSWER:**

See Police Report.

5. Give the name, professional address and telephone number of all expert witnesses presently retained by the party together with the dates of any written opinions prepared by said expert. If an expert is not presently retained, describe by type the experts whom the party expects to retain in connection with the litigation.

**ANSWER:**

See those physicians listed in Interrogatory number 2 above.

6. Give a brief description of any insurance policy, including excess coverage, that is or may be applicable to the litigation, including:

    a.   The name and address of all companies insuring the risk;

    b.   The policy number;

    c.   The amount of primary, /secondary, and excessive coverage.

    d.   The type of insurance;

**ANSWER:**

Geico Insurance Company, 1 Geico Boulevard, Fredericksburg, VA 22412, (800) 841-1003, Claim Number: 0166116410101061 (15K/30K PIP – Exhausted);

Continental Casualty Company, PO Box 17369, Denver, CO 80217, Claim Number: TR903960 (Unknown LIAB)

7. Give the name, professional address, and telephone number of all physicians,

chiropractors, psychologists, and physical therapists who have examined or treated you at

any time during the ten year period immediately prior to the date of the incident at issue

in this litigation.

<div align="center">**ANSWER:**</div>

To be provided.


/s/ LAWRANCE SPILLER KIMMEL
**LAWRANCE SPILLER KIMMEL, ESQUIRE**
Kimmel, Carter, Roman, & Peltz, P.A.
56 W. Main Street, Fourth Floor
Plaza 273
Newark, DE 19702
(302) 565-6100
Attorney for Plaintiff
Bar ID: 4725

DATE: June 26, 2008



EFiled: Jun 26 2008 6:56PM EDT
Transaction ID 20427072
Case No. 08C-06-223 PLA

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

EARL J. HIBBITTS,                          :

  Plaintiff,                     :   C.A. No.:

   v.                        :   NON-ARBITRATION CASE

CHARLES HALE,                              :
INDIAN RIVER TRANSPORT, INC.,              :
HERITAGE EQUIPMENT                         :
LEASING, LLC, and, HERITAGE                :
MANAGEMENT GROUP, INC,                     :
          :   JURY TRIAL DEMANDED
  Defendants.                     :

### AFFIDAVIT OF COUSEL PURSUANT TO RULE 3(a)(1)(ii) AND (iii)

STATE OF DELAWARE:
      : SS
NEW CASTLE COUNTY:

  LAWRANCE S. KIMMEL, being duly sworn this 26ᵗʰ day of June, 2008, does depose and say:

1. He is attorney for plaintiff in the above-referenced action.

2. This action involves a claim for personal injuries where the plaintiff claims special damages that have and will be supplied.

### FILING IN COMPLIANCE WITH SUPERIOR COURT RULE 3(h)

  In compliance with Superior Court Civil Rule 3(h), Plaintiff attaches the following documentation:

  (i)   Answers to Form 30 Interrogatories;

  (ii)   Due to the volume of documentary evidence gathered in this case, it is impractical to attach photocopies of all documents to the complaint. Copies of all

documents discoverable under this rule will be forwarded to the attorney for the defendant once an appearance is made by defendant's counsel and a written request for these documents is made.

LAWRANCE SPILLER KIMMEL

SWORN TO AND SUBSCRIBED before me the day and year aforesaid.

NOTARY PUBLIC

JONATHAN B. O'NEILL
ATTORNEY AT LAW
Notarial Officer, State of Delaware
Pursuant to 29 Del. C. § 4323(a)(3)
This com

EFiled: Jun 26 2008  6:56 EDT
Transaction ID 20427072
Case No. 08C-06-223 PLA

# SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)

**COUNTY:** (New Castle)  Kent  Sussex

**CIVIL ACTION NUMBER:** _____

| | |
|---|---|
| **CAPTION:**<br><br>EARL J. HIBBITTS<br><br><br>Plaintiff,<br><br><br>v.<br><br><br><br>CHARLES HALE, INDIAN RIVER TRANSPORT, INC.,<br>HERITAGE EQUIPMENT LEASING, LLC, and<br>HERITAGE MANAGEMENT GROUP, INC.,<br><br><br>Defendants. | **Civil Case Code:** **CPIA**<br><br>**Civil Case Type:** **Personal Injury Auto**<br><br><br>**Name and Status of Party filing document:**<br><br>EARL J. HIBBITTS, Plaintiff<br><br>**Document Type:** (E.G. Complaint; Answer with Counterclaim)<br>COMPLAINT, SUMMONS, ANSWER TO FORM 30<br>INTERROGATORIES, AND PRAECIPE.<br><br>**JURY DEMAND:** __X__ Yes _____ No |
| **ATTORNEY NAME:**<br><br>Lawrance Spiller Kimmel, Esq.<br><br>**ATTORNEY ID:** 4725<br><br>**FIRM NAME:**<br><br>Kimmel, Carter, Roman & Peltz<br><br>**ADDRESS:**<br><br>Plaza 273<br><br>56 West Main Street, 4th Floor<br><br>Newark, Delaware 19702<br><br>**TELEPHONE NUMBER:** (302) 565-6100<br><br>**FAX NUMBER:** (302) 565-6101<br><br>**E-MAIL ADDRESS:** lkimmel@kcrlaw.com | **IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS:**<br><br>None.<br><br><br>**EXPLAIN THE RELATIONSHIP:**<br><br>Not Applicable<br><br><br><br>**OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT:**<br><br>Not Applicable |

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Charles Hale

2580 Executive Rd

Winterhaven, FL 33884

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *Janet Kennedy*    ☐ Agent
                     ☐ Addressee

B. Received by ( *Printed Name* )    C. Date of Delivery

*Janet Kennedy*

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☒ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? ( *Extra Fee* )    ☐ Yes

2. Article Number
   *(Transfer from service label)*    RA 528 766 538 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

**IN AND FOR NEW CASTLE COUNTY**

EARL J. HIBBITTS,                    :
                                     :
      Plaintiff,                 :    C.A. No.:  08C-06-223 PLA
                                     :
      v.                         :    NON-ARBITRATION CASE
                                     :
CHARLES HALE,                        :
INDIAN RIVER TRANSPORT, INC.,        :
HERITAGE EQUIPMENT                   :
LEASING, LLC, and, HERITAGE          :
MANAGEMENT GROUP, INC,               :
                                     :    JURY TRIAL DEMANDED
      Defendants.                :

## A F F I D A V I T

STATE OF DELAWARE  :
               : SS.
NEW CASTLE COUNTY :

      I, LAWRANCE SPILLER KIMMEL, am attorney for the plaintiff(s).

      This affidavit is made on behalf of the plaintiff(s) in accordance with the

provisions of 10 Del.C. §3112 as amended and also pursuant to Superior Court Rule

4(f)(II)(h) and is filed as an amendment to the complaint.

      The defendant, Charles Hale, is a resident of the State of Florida and his last

known address is 2580 Executive Road, Winterhaven, FL 33884.

      On the 5th day of August 2008, a notice, a copy of which is attached hereto as

exhibit "A" and incorporated by reference as is more fully set forth, was sent by

registered mail, return receipt requested, at the address set forth above.

On or about the 19th day of August 2008, the return receipt number RA 528 766 538 US, which is attached hereto as Exhibit "B" and incorporated by reference as is more fully set forth, was received on behalf of the plaintiff from the postal authorities showing the notice was signed by Janet Kennedy on the Defendant's behalf.


**LAWRANCE SPILLER KIMMEL, ESQUIRE**
Bar ID: 4725
Kimmel, Carter, Roman & Peltz, P.A.
56 W. Main Street, Fourth Floor
Plaza 273
Newark, DE 19702
(302) 565-6100
Attorney for Plaintiff


SWORN TO AND SUBSCRIBED BEFORE ME this _25th_ day of _August_, A.D., 2008.

Notary Public



Registered No. RA 528 1658 538 US

| Reg. Fee | $10.80 | | | Date Stamp |
|---|---|---|---|---|
| Handling Charge | $0.00 | Return Receipt | $0.00 | 0711 09 |
| Postage | $0.76 | Restricted Delivery | $0.00 | 08/07/2006 |
| Received by | | | | AUG - 2006 |
| Customer Must Declare Full Value $ | $0.01 | | | |

To Be Completed By Post Office

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

FROM: Insurance Spiller Rimmel
PO Box 8149
Newark, DE 19714

TO: Mr. Charles Hale
Executive Rd.
Winterhaven, FL 33884

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

PS Form 3806, May 2007 (7530-02-000-9051)
For domestic delivery information, visit our website at www.usps.com ®

**Receipt for Registered Mail**  Copy 1 - Customer (See Information on Reverse)

LAW OFFICES

# KIMMEL, CARTER, ROMAN & PELTZ

PROFESSIONAL ASSOCIATION

MORTON RICHARD KIMMEL\*
EDWARD B. CARTER, JR.
THOMAS J. ROMAN
WILLIAM R. PELTZ
MICHAEL D. BEDNASH
MATTHEW M. BARTKOWSKI \*\*
JONATHAN B. O'NEILL \*\*\*
LAWRANCE SPILLER KIMMEL \*\*\*\*

   \* ALSO MEMBER DC BAR
  \*\* ALSO MEMBER PA BAR
 \*\*\* ALSO MEMBER NJ BAR
\*\*\*\* ALSO MEMBER PA & NJ BARS

PLAZA 273 & I-95

MAILING ADDRESS

P.O. BOX 8149
NEWARK, DELAWARE 19714

————

(302) 565-6100
FAX (302) 565-6101

WILMINGTON OFFICE

913 MARKET STREET
SUITE 700
WILMINGTON, DE
(302) 571-0800

WEB SITE
www.Kimmelcarter.com

August 5, 2008

Re:   Earl J. Hibbitts v. Charles Hale, et al

Mr. Charles Hale
2580 Executive Road
Winterhaven, FL 33884

Dear Mr. Hale:

     Pursuant to the provisions of 10 <u>Del. C.</u> Section 3112, I am enclosing herewith a copy of the summons, complaint and answers to the Superior Court form 30 interrogatories, together with a copy of the Sheriff's return in the above-captioned case.

     You are hereby notified that service of the original of such process has been served upon the Secretary of State of the State of Delaware.

     As you can see, these papers name you as defendant in a civil action which has been initiated in the Superior Court of Delaware, in and for New Castle County. Under the provision of Title 10, Section 3112 of the Delaware Code, such service is as effectual to all intents and purposes as if it had been made upon you personally within the State.

Very truly yours,

Lawrance Spiller Kimmel

LSK/bel
Enclosures
REGISTERED MAIL
RETURN RECEIPT REQUESTED

EFiled: Jun 26 2008 6:56PM EDT
Transaction ID 20427072
Case No. 08C-06-223 PLA

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| EARL J. HIBBITTS, | : | |
| Plaintiff, | : | C.A. No.: |
| v. | : | NON-ARBITRATION CASE |
| CHARLES HALE,<br>INDIAN RIVER TRANSPORT, INC.,<br>HERITAGE EQUIPMENT<br>LEASING, LLC, and, HERITAGE<br>MANAGEMENT GROUP, INC, | : | |
| Defendants. | : | JURY TRIAL DEMANDED |

**THE STATE OF DELAWARE,**

**TO THE SHERIFF OF KENT COUNTY:**

**YOU ARE COMMANDED:**

To summon the above named defendant's so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon Lawrance Spiller Kimmel, Esquire, plaintiff's attorney, whose address is 200 Biddle Avenue, Suite 101, Springside Plaza, Newark DE 19702, an answer to complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint (and of the affidavit of demand if any has been filed by plaintiff).

SHARON AGNEW
Prothonotary

_____
Per Deputy

**TO THE ABOVE NAMED DEFENDANT:**

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

SHARON AGNEW
Prothonotary

_____
Per Deputy

EFiled: Aug 4 2008 10:39AM EDT
Transaction ID 20909015
Case No. 08C-06-223 PLA



# Sheriff's Return

Served the within Summons and copy of the following complaint:

SUMMONS/COMPLAINT/INTERROGATORIES

this day, Monday, July 21, 2008, personally upon **HARRIET SMITH WINDSOR**, Secretary of State of the State of Delaware, by leaving with her a true and correct copy of the said Summons for the defendant:

CHARLES HALE



and a copy of the Complaint for the said defendant, together with the sum of $ 2.00 Dollars, as prescribed by Section 3112 of Title 10 of the Delaware Code of 1978.

So Answers,

Jim Higdon
Sheriff of Kent County

EFiled: Jun 26 2008 6:56 EDT
Transaction ID 20427072
Case No. 08C-06-223 PLA

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| EARL J. HIBBITTS, | : | |
| | : | |
| Plaintiff, | : | C.A. No.: |
| | : | |
| v. | : | NON-ARBITRATION CASE |
| | : | |
| CHARLES HALE, | : | |
| INDIAN RIVER TRANSPORT, INC., | : | |
| HERITAGE EQUIPMENT | : | |
| LEASING, LLC, and, HERITAGE | : | |
| MANAGEMENT GROUP, INC, | : | |
| | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

## PRAECIPE

PLEASE ISSUE SUMMONS, COMPLAINT, and PLAINTIFF'S ANSWERS

TO SUPERIOR COURT FORM 30 INTERROGATORIES on:

1)  Defendant Charles Hale at 2580 Executive Road, Winterhaven, FL 33884,

through the Secretary of State pursuant to 10 Del.C. § 3112;

2)  Defendant Indian River Transport, Inc., through the corporation itself at 2580

Executive Road, Winterhaven, FL 33884, through the Secretary of State pursuant to 10

Del.C. § 3104.

3)  Defendant Heritage Equipment Leasing, LLC, through the corporation itself at

2580 Executive Road, Winterhaven, FL 33884, through the Secretary of State pursuant to

10 Del.C. § 3104;

4)  Defendant Heritage Management Group, LLC, through the corporation itself at

2580 Executive Road, Winterhaven, FL 33884, through the Secretary of State pursuant to

10 Del.C. § 3104.

/s/ LAWRANCE SPILLER KIMMEL
**LAWRANCE SPILLER KIMMEL, ESQUIRE**
Kimmel, Carter, Roman, & Peltz, P.A.
56 W. Main Street, Fourth Floor
Plaza 273
Newark, DE 19702
(302) 565-6100
Attorney for Plaintiff
Bar ID: 4725

DATE: June 26, 2008



EFiled: Jun 26 2008 6:56PM EDT
Transaction ID 20427072
Case No. 08C-06-223 PLA

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

EARL J. HIBBITTS,                                :
                                                 :
        Plaintiff,                               :        C.A. No.:
                                                 :
            v.                                    :        NON-ARBITRATION CASE
                                                 :
CHARLES HALE,                                    :
INDIAN RIVER TRANSPORT, INC.,                    :
HERITAGE EQUIPMENT                               :
LEASING, LLC, and, HERITAGE                      :
MANAGEMENT GROUP, INC,                           :
                                                 :        JURY TRIAL DEMANDED
        Defendants.                              :

## COMPLAINT

1. On Tuesday, 7/18/06, at approximately 4:35 p.m., Plaintiff was operating his vehicle, stopped in traffic on southbound New Castle Avenue, in New Castle, New Castle County, Delaware, when he was struck from the rear by a vehicle left unoccupied by Defendant Hale, who had left his vehicle unattended in a negligent and careless manner, causing his vehicle to roll down a hill and into the Plaintiff's vehicle, causing Plaintiff's vehicle to strike two motor vehicles in front of him, resulting in injuries and damages to Plaintiff.

2. The conduct of Defendant Hale was negligent and careless in a manner which proximately caused the aforesaid accident in that he:

    (a) left his vehicle unattended in violation of 21 Del.C. Section 4182;

    (b) failed to maintain proper control over his vehicle; and,

    (c) operated his vehicle in a careless and/or inattentive manner in violation of 21 Del.C. Section 4176;

(d) failed to effectively set the brake of his vehicle when leaving it unattended in violation of 21 Del.C. Section 4182;

(e) failed to turn the front wheels to the curb or side of the highway in violation of 21 Del.C. Section 4182;

(f) failed to equip his vehicle with brakes adequate to control the movement of and to stop and to hold such vehicle and any trailer or semitrailer attached thereto including 2 separate means of applying the brakes in violation of 21 Del.C. Section 4303;

(g) failed to maintain the brakes of his vehicle in good working order and conform to regulations promulgated by the Secretary in violation of 21 Del.C. Section 4303;

(h) failed to maintain the brakes of his vehicle so the hand brake could hold such vehicle stationary on any grade upon which operated in violation of 21 Del.C. Section 4304;

(i) operated a vehicle with faulty and/or defective equipment, causing said vehicle to move forward when left unattended on the roadway.

3. The negligence of Defendant Hale is imputed to Defendants Indian River Transport, Inc., Heritage Equipment Leasing, LLC, and Heritage Management Group, LLC, since the former was operating the vehicle as the agent, servant and/or employee of Defendants Indian River Transport, Inc., Heritage Equipment Leasing, LLC, and Heritage Management Group, LLC, and was pursuing Defendants Indian River Transport, Inc., Heritage Equipment Leasing, LLC's, and Heritage Management Group, LLC's business at the time of the aforesaid accident. Each Defendant must deny agency by affidavit pursuant to 10 Del. C. Section 3916.

4. As a result of the aforesaid conduct of Defendants, Plaintiff sustained injuries to his head, neck, back, shoulders, right upper extremity, left upper extremity, left lower extremity, right lower extremity, and other injuries, some or all of which may be permanent, pain and suffering, mental distress, a loss of earnings, and other damages.

**WHEREFORE**, Plaintiff demands judgment against Defendants for his general and special damages, in an amount to be determined by a jury, plus costs and interest.

/s/ LAWRANCE SPILLER KIMMEL
**LAWRANCE SPILLER KIMMEL, ESQUIRE**
Kimmel, Carter, Roman, & Peltz, P.A.
56 W. Main Street, Fourth Floor
Plaza 273
Newark, DE 19702
(302) 565-6100
Attorney for Plaintiff
Bar ID: 4725

DATE: June 26, 2008

EFiled:  Jun 26 2008  6:56 [EDT]
Transaction ID 20427072
Case No. 08C-06-223 PLA

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

EARL J. HIBBITTS,                          :
                                           :
        Plaintiff,                         :    C.A. No.:
                                           :
            v.                             :    NON-ARBITRATION CASE
                                           :
CHARLES HALE,                              :
INDIAN RIVER TRANSPORT, INC.,              :
HERITAGE EQUIPMENT                         :
LEASING, LLC, and, HERITAGE                :
MANAGEMENT GROUP, INC,                     :
                                           :    JURY TRIAL DEMANDED
        Defendants.                        :

## ANSWERS TO SUPERIOR COURT
## FORM 30 INTERROGATORIES

1. Give the names and present or last known residential and employment address and

telephone number of each eye-witness to the incident which is the subject of litigation

### ANSWER:

See the police report.

2. Give the names and present or last known residential and employment address and

telephone number of each person who has knowledge of the facts relating to the

litigation.

### ANSWER:

See those listed in the Police Report, as well as plaintiff's friends, relatives, and business
associates.

Christiana Hospital, 4755 Ogletown-Stanton Road, Newark, DE  19710;

Delaware Open MRI, H-42 Omega Drive, Newark, DE  19713;

Glasgow Surgery Center, 2600 Glasgow Ave., Ste. 226, Newark, DE  19702;

Dr. Arnold B. Glassman, 700 Lea Blvd, Suite 102, Wilmington, DE 19802;

Dr. Bruce H. Grossinger, Delaware Neurological Center, 4100 Dawnbrook Dr., Suite 4 Arbor Point Professional Center, Wilmington, DE 19804;

Dr. Stephen L. Hershey, First State Orthopaedics, Med. Arts Pav. Suites 225 and 238 4745 Ogletown-Stanton Rd., Newark, DE 19713-1338;

Dr. Victor R. Kalman, Morgan Kalman Clinic, 2501 Silverside Road, Wilmington, DE 19810;

Dr. Anne C. Mack, Delaware Back Pain & Rehab Center, 2600 Glasgow Avenue Suite 210, Newark, DE 19702;

Scomed Supply, Inc., 316 Commerce Drive, Exton, PA 19341.

3. Give the names of all persons who have been interviewed in connection with the above litigation, including the names and present and last known residential and employment addresses and telephone numbers of the person who made the said interviews and name and present or last known residential and employment addresses and telephone numbers of persons who have the original and copies of the interview.

### ANSWER:

None known.

4. Identify all photographs, diagrams, or other representations made in connection with the matter in litigation giving the name and present or last known residential and employment address and telephone number of the person having the original and copies thereof. (In lieu thereof, a copy can be attached.)

### ANSWER:

See Police Report.

5. Give the name, professional address and telephone number of all expert witnesses presently retained by the party together with the dates of any written opinions prepared by said expert. If an expert is not presently retained, describe by type the experts whom the party expects to retain in connection with the litigation.

**ANSWER:**

See those physicians listed in Interrogatory number 2 above.

6. Give a brief description of any insurance policy, including excess coverage, that is or may be applicable to the litigation, including:

    a.   The name and address of all companies insuring the risk;

    b.   The policy number;

    c.   The amount of primary, /secondary, and excessive coverage.

    d.   The type of insurance;

**ANSWER:**

Geico Insurance Company, 1 Geico Boulevard, Fredericksburg, VA 22412, (800) 841-1003, Claim Number: 0166116410101061 (15K/30K PIP – Exhausted);

Continental Casualty Company, PO Box 17369, Denver, CO 80217, Claim Number: TR903960 (Unknown LIAB)

7. Give the name, professional address, and telephone number of all physicians,

chiropractors, psychologists, and physical therapists who have examined or treated you at

any time during the ten year period immediately prior to the date of the incident at issue

in this litigation.

**ANSWER:**

To be provided.


/s/ LAWRANCE SPILLER KIMMEL
**LAWRANCE SPILLER KIMMEL, ESQUIRE**
Kimmel, Carter, Roman, & Peltz, P.A.
56 W. Main Street, Fourth Floor
Plaza 273
Newark, DE 19702
(302) 565-6100
Attorney for Plaintiff
Bar ID: 4725

DATE: June 26, 2008

EFiled: Jun 26 2008 6:56PM EDT
Transaction ID 20427072
Case No. 08C-06-223 PLA

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

EARL J. HIBBITTS,                              :

     Plaintiff,                           :        C.A. No.:

        v.                             :        NON-ARBITRATION CASE

CHARLES HALE,                                  :
INDIAN RIVER TRANSPORT, INC.,                  :
HERITAGE EQUIPMENT                             :
LEASING, LLC, and, HERITAGE                    :
MANAGEMENT GROUP, INC,                         :
                      :        JURY TRIAL DEMANDED
     Defendants.                          :

### AFFIDAVIT OF COUSEL PURSUANT
### TO RULE 3(a)(1)(ii) AND (iii)

STATE OF DELAWARE:
                 : SS
NEW CASTLE COUNTY:

     LAWRANCE S. KIMMEL, being duly sworn this 26th day of ___June___, 2008,

does depose and say:

1. He is attorney for plaintiff in the above-referenced action.

2. This action involves a claim for personal injuries where the plaintiff claims special damages that have and will be supplied.

### FILING IN COMPLIANCE WITH SUPERIOR COURT RULE 3(h)

     In compliance with Superior Court Civil Rule 3(h), Plaintiff attaches the following

documentation:

     (i)      Answers to Form 30 Interrogatories;

     (ii)     Due to the volume of documentary evidence gathered in this case, it is

impractical to attach photocopies of all documents to the complaint.   Copies of all

documents discoverable under this rule will be forwarded to the attorney for the defendant once an appearance is made by defendant's counsel and a written request for these documents is made.

LAWRANCE SPILLER KIMMEL

SWORN TO AND SUBSCRIBED before me the day and year aforesaid.

NOTARY PUBLIC

JONATHAN B. O'NEILL
ATTORNEY AT LAW
Notarial Officer, State of Delaware
Pursuant to 29 Del. C. § 4323...
This...

EFiled: Jun 26 2008 6:56PM EDT
Transaction ID 20427072
Case No. 08C-06-223 PLA

# SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS

**COUNTY:** (New Castle)  Kent   Sussex

**CIVIL ACTION NUMBER:** _____

| | |
|---|---|
| **CAPTION:**<br><br>EARL J. HIBBITTS<br><br><br>        Plaintiff,<br><br><br><br>   v.<br><br><br><br>CHARLES HALE, INDIAN RIVER TRANSPORT, INC.,<br>HERITAGE EQUIPMENT LEASING, LLC, and<br>HERITAGE MANAGEMENT GROUP, INC.,<br><br><br>        Defendants. | **Civil Case Code: CPIA**<br><br>**Civil Case Type: Personal Injury Auto**<br><br><br>**Name and Status of Party filing document:**<br><br>EARL J. HIBBITTS, Plaintiff<br><br>**Document Type:** (E.G. Complaint; Answer with Counterclaim)<br>COMPLAINT, SUMMONS, ANSWER TO FORM 30<br>INTERROGATORIES, AND PRAECIPE.<br><br>**JURY DEMAND:** __X__ Yes _____ No |

| | |
|---|---|
| **ATTORNEY NAME:**<br><br>Lawrance Spiller Kimmel, Esq.<br><br>**ATTORNEY ID:** 4725<br><br>**FIRM NAME:**<br><br>Kimmel, Carter, Roman & Peltz<br><br>**ADDRESS:**<br><br>Plaza 273<br><br>56 West Main Street, 4th Floor<br><br>Newark, Delaware 19702<br><br>**TELEPHONE NUMBER:** (302) 565-6100<br><br>**FAX NUMBER:** (302) 565-6101<br><br>**E-MAIL ADDRESS:** lkimmel@kcrlaw.com | **IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS:**<br><br>None.<br><br><br>**EXPLAIN THE RELATIONSHIP:**<br><br>Not Applicable<br><br><br><br>**OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT:**<br><br>Not Applicable |

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *Janet Kennedy*
☐ Agent
☐ Addressee

B. Received by ( *Printed Name* )

*Janet Kennedy*
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Mr. Charles Hale

2580 Executive Rd

Winterhaven, FL 33884

3. Service Type
☐ Certified Mail    ☐ Express Mail
☒ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? ( *Extra Fee* )    ☐ Yes

2. Article Number
(Transfer from service label)

RA 528 766 538 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

**IN AND FOR NEW CASTLE COUNTY**

| | | |
|---|---|---|
| EARL J. HIBBITTS, | : | |
| | : | |
| Plaintiff, | : | C.A. No.:  08C-06-223 PLA |
| | : | |
| v. | : | NON-ARBITRATION CASE |
| | : | |
| CHARLES HALE, | : | |
| INDIAN RIVER TRANSPORT, INC., | : | |
| HERITAGE EQUIPMENT | : | |
| LEASING, LLC, and, HERITAGE | : | |
| MANAGEMENT GROUP, INC, | : | |
| | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

**A F F I D A V I T**

STATE OF DELAWARE  :
                 : SS.
NEW CASTLE COUNTY :

I, LAWRANCE SPILLER KIMMEL, am attorney for the plaintiff(s).

This affidavit is made on behalf of the plaintiff(s) in accordance with the

provisions of 10 <u>Del.C.</u> §3104 as amended and also pursuant to Superior Court Rule

4(f)(II)(h) and is filed as an amendment to the complaint.

The defendant, Heritage Equipment Leasing, LLC is a business in the State of

Florida and the last known address is 2580 Executive Road, Winterhaven, FL 33884.

On the 5th day of August 2008, a notice, a copy of which is attached hereto as

exhibit "A" and incorporated by reference as is more fully set forth, was sent by

registered mail, return receipt requested, at the address set forth above.

On or about the 19th day of August 2008, the return receipt number RA 528 766 541 US, which is attached hereto as Exhibit "B" and incorporated by reference as is more fully set forth, was received on behalf of the plaintiff from the postal authorities showing the notice was signed by Janet Kennedy on the Defendant's behalf.

**LAWRANCE SPILLER KIMMEL, ESQUIRE**
Bar ID: 4725
Kimmel, Carter, Roman & Peltz, P.A.
56 W. Main Street, Fourth Floor
Plaza 273
Newark, DE 19702
(302) 565-6100
Attorney for Plaintiff

SWORN TO AND SUBSCRIBED BEFORE ME this ___25th___ day of ___August___, A.D., 2008.

_____
Notary Public



Registered No. RA 508 766 541 US

Date Stamp

| | | | |
|---|---|---|---|
| Reg. Fee | $10.8 | | |
| Handling Charge | $0.00 | Return Receipt | $2.20 |
| Postage | $0.76 | Restricted Delivery | $0.00 |
| Received by WINTER HAVEN FL 33884 19711 | | | |
| Customer Must Declare Full Value $ | | Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). | |

**OFFICIAL USE**

FROM

Lawrance Spiller Kimmel
PO Box 8149
Newark, DE 19714

TO

Heritage Equipment Leasing LLC
2580 Executive Rd
Winterhaven, FL 33884

PS Form **3806**,  **Receipt for Registered Mail**    Copy 1 - Customer
May 2007 (7530-02-000-9051)                         (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com* ®

LAW OFFICES

# KIMMEL, CARTER, ROMAN & PELTZ

PROFESSIONAL ASSOCIATION

PLAZA 273 & I-95

MAILING ADDRESS

P.O. BOX 8149

NEWARK, DELAWARE 19714

———

(302) 565-6100

FAX (302) 565-6101

MORTON RICHARD KIMMEL*
EDWARD B. CARTER, JR.
THOMAS J. ROMAN
WILLIAM R. PELTZ
MICHAEL D. BEDNASH
MATTHEW M. BARTKOWSKI **
JONATHAN B. O'NEILL ***
LAWRANCE SPILLER KIMMEL ****

    * ALSO MEMBER DC BAR
  ** ALSO MEMBER PA BAR
 *** ALSO MEMBER NJ BAR
**** ALSO MEMBER PA & NJ BARS

WILMINGTON OFFICE

913 MARKET STREET
SUITE 700
WILMINGTON, DE
(302) 571-0800

WEB SITE
www.Kimmelcarter.com

August 5, 2008

Re:    Earl J. Hibbitts v. Charles Hale, et al

Heritage Equipment Leasing, LLC
2580 Executive Road
Winterhaven, FL 33884

Dear Sir or Madam:

        Pursuant to the provisions of 10 Del. C. Section 3104, I am enclosing herewith a copy of the summons, complaint and answers to the Superior Court form 30 interrogatories, together with a copy of the Sheriff's return in the above-captioned case.

        You are hereby notified that service of the original of such process has been served upon the Secretary of State of the State of Delaware.

        As you can see, these papers name you as defendant in a civil action which has been initiated in the Superior Court of Delaware, in and for New Castle County.  Under the provision of Title 10, Section 3104 of the Delaware Code, such service is as effectual to all intents and purposes as if it had been made upon you personally within the State.

        Very truly yours,

        Lawrance Spiller Kimmel

LSK/bel
Enclosures
REGISTERED MAIL
RETURN RECEIPT REQUESTED

EFiled: Jun 26 2008 6:56PM EDT
Transaction ID 20427072
Case No. 08C-06-223 PLA

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

EARL J. HIBBITTS,                          :

    Plaintiff,                          :          C.A. No.:

          v.                              :          NON-ARBITRATION CASE

CHARLES HALE,                              :
INDIAN RIVER TRANSPORT, INC.,              :
HERITAGE EQUIPMENT                         :
LEASING, LLC, and, HERITAGE                :
MANAGEMENT GROUP, INC,                     :

    Defendants.                        :          JURY TRIAL DEMANDED

**THE STATE OF DELAWARE,**

**TO THE SHERIFF OF KENT COUNTY:**

**YOU ARE COMMANDED:**

    To summon the above named defendant's so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon Lawrance Spiller Kimmel, Esquire, plaintiff's attorney, whose address is 200 Biddle Avenue, Suite 101, Springside Plaza, Newark DE 19702, an answer to complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

    To serve upon defendant a copy hereof and of the complaint (and of the affidavit of demand if any has been filed by plaintiff).

                                **SHARON AGNEW**
                                  Prothonotary

                                _____
                                  Per Deputy

**TO THE ABOVE NAMED DEFENDANT:**

    In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

                                    **SHARON AGNEW**
                                  Prothonotary

                                _____
                                  Per Deputy





EFiled: Aug 4 2008 10:44 AM EDT
Transaction ID 20909142
Case No. 08C-06-223 PLA

# Sheriff's Return

Served the within Summons and copy of the following complaint:

SUMMONS/COMPLAINT/INTERROGATORIES

this day, Monday, July 21, 2008, personally upon **HARRIET SMITH WINDSOR**, Secretary of State of the State of Delaware, by leaving with her a true and correct copy of the said Summons for the defendant:

**INDIAN RIVER TRANSPORT, INC., HERITAGE EQUIPMENT LEASING & HERITAGE MANAGEMENT GROUP**

FILED
PROTHONOTARY
2008 AUG -4  AM 7: 11

and a copy of the Complaint for the said defendant, together with the sum of $ 6.00 Dollars, as prescribed by Section 3104 of Title 10 of the Delaware Code of 1978.

So Answers,

*Jim Higdon*

Jim Higdon
Sheriff of Kent County

EFiled: Jun 26 2008 6:56
Transaction ID 20427072
Case No. 08C-06-223 PLA

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

EARL J. HIBBITTS,                        :
                                         :
        Plaintiff,                       :        C.A. No.:
                                         :
            v.                           :        NON-ARBITRATION CASE
                                         :
CHARLES HALE,                            :
INDIAN RIVER TRANSPORT, INC.,            :
HERITAGE EQUIPMENT                       :
LEASING, LLC, and, HERITAGE              :
MANAGEMENT GROUP, INC,                   :
                                         :        JURY TRIAL DEMANDED
        Defendants.                      :

## PRAECIPE

PLEASE ISSUE SUMMONS, COMPLAINT, and PLAINTIFF'S ANSWERS

TO SUPERIOR COURT FORM 30 INTERROGATORIES on:

1)  Defendant Charles Hale at 2580 Executive Road, Winterhaven, FL 33884,

through the Secretary of State pursuant to 10 Del.C. § 3112;

2)  Defendant Indian River Transport, Inc., through the corporation itself at 2580

Executive Road, Winterhaven, FL 33884, through the Secretary of State pursuant to 10

Del.C. § 3104.

3)  Defendant Heritage Equipment Leasing, LLC, through the corporation itself at

2580 Executive Road, Winterhaven, FL 33884, through the Secretary of State pursuant to

10 Del.C. § 3104;

4)  Defendant Heritage Management Group, LLC, through the corporation itself at

2580 Executive Road, Winterhaven, FL 33884, through the Secretary of State pursuant to

10 Del.C. § 3104.

**/s/ LAWRANCE SPILLER KIMMEL**
**LAWRANCE SPILLER KIMMEL, ESQUIRE**
Kimmel, Carter, Roman, & Peltz, P.A.
56 W. Main Street, Fourth Floor
Plaza 273
Newark, DE 19702
(302) 565-6100
Attorney for Plaintiff
Bar ID: 4725

DATE: June 26, 2008

EFiled: Jun 26 2008  6:56PM EDT
Transaction ID 20427072
Case No. 08C-06-223 PLA

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| EARL J. HIBBITTS, | : | |
| Plaintiff, | : | C.A. No.: |
| | : | |
| v. | : | NON-ARBITRATION CASE |
| | : | |
| CHARLES HALE, | : | |
| INDIAN RIVER TRANSPORT, INC., | : | |
| HERITAGE EQUIPMENT | : | |
| LEASING, LLC, and, HERITAGE | : | |
| MANAGEMENT GROUP, INC, | : | |
| | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

## COMPLAINT

1. On Tuesday, 7/18/06, at approximately 4:35 p.m., Plaintiff was operating his vehicle, stopped in traffic on southbound New Castle Avenue, in New Castle, New Castle County, Delaware, when he was struck from the rear by a vehicle left unoccupied by Defendant Hale, who had left his vehicle unattended in a negligent and careless manner, causing his vehicle to roll down a hill and into the Plaintiff's vehicle, causing Plaintiff's vehicle to strike two motor vehicles in front of him, resulting in injuries and damages to Plaintiff.

2. The conduct of Defendant Hale was negligent and careless in a manner which proximately caused the aforesaid accident in that he:

(a) left his vehicle unattended in violation of 21 Del.C. Section 4182;

(b) failed to maintain proper control over his vehicle; and,

(c) operated his vehicle in a careless and/or inattentive manner in violation of 21 Del.C. Section 4176;

(d) failed to effectively set the brake of his vehicle when leaving it unattended in violation of 21 <u>Del.C.</u> Section 4182;

(e) failed to turn the front wheels to the curb or side of the highway in violation of 21 <u>Del.C.</u> Section 4182;

(f) failed to equip his vehicle with brakes adequate to control the movement of and to stop and to hold such vehicle and any trailer or semitrailer attached thereto including 2 separate means of applying the brakes in violation of 21 <u>Del.C.</u> Section 4303;

(g) failed to maintain the brakes of his vehicle in good working order and conform to regulations promulgated by the Secretary in violation of 21 <u>Del.C.</u> Section 4303;

(h) failed to maintain the brakes of his vehicle so the hand brake could hold such vehicle stationary on any grade upon which operated in violation of 21 <u>Del.C.</u> Section 4304;

(i) operated a vehicle with faulty and/or defective equipment, causing said vehicle to move forward when left unattended on the roadway.

3. The negligence of Defendant Hale is imputed to Defendants Indian River Transport, Inc., Heritage Equipment Leasing, LLC, and Heritage Management Group, LLC, since the former was operating the vehicle as the agent, servant and/or employee of Defendants Indian River Transport, Inc., Heritage Equipment Leasing, LLC, and Heritage Management Group, LLC, and was pursuing Defendants Indian River Transport, Inc., Heritage Equipment Leasing, LLC's, and Heritage Management Group, LLC's business at the time of the aforesaid accident. Each Defendant must deny agency by affidavit pursuant to 10 <u>Del. C.</u> Section 3916.

4. As a result of the aforesaid conduct of Defendants, Plaintiff sustained injuries to his head, neck, back, shoulders, right upper extremity, left upper extremity, left lower extremity, right lower extremity, and other injuries, some or all of which may be permanent, pain and suffering, mental distress, a loss of earnings, and other damages.

WHEREFORE, Plaintiff demands judgment against Defendants for his general and special damages, in an amount to be determined by a jury, plus costs and interest.

/s/ LAWRANCE SPILLER KIMMEL
LAWRANCE SPILLER KIMMEL, ESQUIRE
Kimmel, Carter, Roman, & Peltz, P.A.
56 W. Main Street, Fourth Floor
Plaza 273
Newark, DE 19702
(302) 565-6100
Attorney for Plaintiff
Bar ID: 4725

DATE: June 26, 2008

EFiled: Jun 26 2008  6:56PM EDT
Transaction ID 20427072
Case No. 08C-06-223 PLA

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

EARL J. HIBBITTS,                          :
                                           :
        Plaintiff,                         :        C.A. No.:
                                           :
            v.                             :        NON-ARBITRATION CASE
                                           :
CHARLES HALE,                              :
INDIAN RIVER TRANSPORT, INC.,              :
HERITAGE EQUIPMENT                         :
LEASING, LLC, and, HERITAGE                :
MANAGEMENT GROUP, INC,                     :
                                           :        JURY TRIAL DEMANDED
        Defendants.                        :

## ANSWERS TO SUPERIOR COURT
## FORM 30 INTERROGATORIES

1. Give the names and present or last known residential and employment address and

telephone number of each eye-witness to the incident which is the subject of litigation

### ANSWER:

See the police report.


2. Give the names and present or last known residential and employment address and

telephone number of each person who has knowledge of the facts relating to the

litigation.

### ANSWER:

See those listed in the Police Report, as well as plaintiff's friends, relatives, and business
associates.

Christiana Hospital, 4755 Ogletown-Stanton Road, Newark, DE  19710;

Delaware Open MRI, H-42 Omega Drive, Newark, DE  19713;

Glasgow Surgery Center, 2600 Glasgow Ave., Ste. 226, Newark, DE  19702;

Dr. Arnold B. Glassman, 700 Lea Blvd, Suite 102, Wilmington, DE 19802;

Dr. Bruce H. Grossinger, Delaware Neurological Center, 4100 Dawnbrook Dr., Suite 4 Arbor Point Professional Center, Wilmington, DE 19804;

Dr. Stephen L. Hershey, First State Orthopaedics, Med. Arts Pav. Suites 225 and 238 4745 Ogletown-Stanton Rd., Newark, DE 19713-1338;

Dr. Victor R. Kalman, Morgan Kalman Clinic, 2501 Silverside Road, Wilmington, DE 19810;

Dr. Anne C. Mack, Delaware Back Pain & Rehab Center, 2600 Glasgow Avenue Suite 210, Newark, DE 19702;

Scomed Supply, Inc., 316 Commerce Drive, Exton, PA 19341.


3. Give the names of all persons who have been interviewed in connection with the above litigation, including the names and present and last known residential and employment addresses and telephone numbers of the person who made the said interviews and name and present or last known residential and employment addresses and telephone numbers of persons who have the original and copies of the interview.

**ANSWER:**

None known.


4. Identify all photographs, diagrams, or other representations made in connection with the matter in litigation giving the name and present or last known residential and employment address and telephone number of the person having the original and copies thereof. (In lieu thereof, a copy can be attached.)

**ANSWER:**

See Police Report.

5. Give the name, professional address and telephone number of all expert witnesses

presently retained by the party together with the dates of any written opinions prepared

by said expert. If an expert is not presently retained, describe by type the experts whom

the party expects to retain in connection with the litigation.

**ANSWER:**

See those physicians listed in Interrogatory number 2 above.

6. Give a brief description of any insurance policy, including excess coverage, that is or

may be applicable to the litigation, including:

    a.  The name and address of all companies insuring the risk;

    b.  The policy number;

    c.  The amount of primary, /secondary, and excessive coverage.

    d.  The type of insurance;

**ANSWER:**

Geico Insurance Company, 1 Geico Boulevard, Fredericksburg, VA  22412, (800) 841-1003, Claim Number: 0166116410101061 (15K/30K PIP – Exhausted);



Continental Casualty Company, PO Box 17369, Denver, CO  80217, Claim Number: TR903960 (Unknown LIAB)

7. Give the name, professional address, and telephone number of all physicians, chiropractors, psychologists, and physical therapists who have examined or treated you at any time during the ten year period immediately prior to the date of the incident at issue in this litigation.

**ANSWER:**

To be provided.

/s/ LAWRANCE SPILLER KIMMEL
**LAWRANCE SPILLER KIMMEL, ESQUIRE**
Kimmel, Carter, Roman, & Peltz, P.A.
56 W. Main Street, Fourth Floor
Plaza 273
Newark, DE 19702
(302) 565-6100
Attorney for Plaintiff
Bar ID: 4725

DATE: June 26, 2008

EFiled: Jun 26 2008 6:56█▓▒ EDT
Transaction ID 20427072
Case No. 08C-06-223 PLA

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

EARL J. HIBBITTS,                          :

     Plaintiff,                         :          C.A. No.:

         v.                             :          NON-ARBITRATION CASE

CHARLES HALE,                              :
INDIAN RIVER TRANSPORT, INC.,              :
HERITAGE EQUIPMENT                         :
LEASING, LLC, and, HERITAGE                :
MANAGEMENT GROUP, INC,                     :

     Defendants.                        :          JURY TRIAL DEMANDED

## AFFIDAVIT OF COUSEL PURSUANT
### TO RULE 3(a)(1)(ii) AND (iii)

STATE OF DELAWARE:
              : SS
NEW CASTLE COUNTY:

    LAWRANCE S. KIMMEL, being duly sworn this 26ᵗʰ day of _June_, 2008,

does depose and say:

1. He is attorney for plaintiff in the above-referenced action.

2. This action involves a claim for personal injuries where the plaintiff claims
   special damages that have and will be supplied.

### FILING IN COMPLIANCE WITH SUPERIOR COURT RULE 3(h)

    In compliance with Superior Court Civil Rule 3(h), Plaintiff attaches the following

documentation:

    (i)      Answers to Form 30 Interrogatories;

    (ii)     Due to the volume of documentary evidence gathered in this case, it is

impractical to attach photocopies of all documents to the complaint.   Copies of all

documents discoverable under this rule will be forwarded to the attorney for the defendant once an appearance is made by defendant's counsel and a written request for these documents is made.

LAWRANCE SPILLER KIMMEL

SWORN TO AND SUBSCRIBED before me the day and year aforesaid.

NOTARY PUBLIC

JONATHAN B. O'NEILL
ATTORNEY AT LAW
Notarial Officer, State of Delaware
Pursuant to 29 Del. C. § 4323(a)(3)
This commission

EFiled: Jun 26 2008 6:56PM EDT
Transaction ID 20427072
Case No. 08C-06-223 PLA

# SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)

**COUNTY:** (New Castle)  Kent  Sussex          **CIVIL ACTION NUMBER:** _____

| | |
|---|---|
| **CAPTION:**<br><br>EARL J. HIBBITTS _____<br><br>_____ Plaintiff, _____<br><br>_____<br><br>_____ v. _____<br><br>CHARLES HALE, INDIAN RIVER TRANSPORT, INC.,<br>HERITAGE EQUIPMENT LEASING, LLC, and<br>HERITAGE MANAGEMENT GROUP, INC.,<br><br>_____ Defendants. _____ | **Civil Case Code:** **CPIA** _____<br><br>**Civil Case Type:** **Personal Injury Auto** _____<br><br>**Name and Status of Party filing document:**<br><br>EARL J. HIBBITTS, Plaintiff<br><br>**Document Type:** (E.G. Complaint; Answer with Counterclaim)<br>COMPLAINT, SUMMONS, ANSWER TO FORM 30<br>INTERROGATORIES, AND PRAECIPE.<br><br>**JURY DEMAND:** ___X___ Yes _____ No |

| | |
|---|---|
| **ATTORNEY NAME:**<br><br>Lawrance Spiller Kimmel, Esq. _____<br><br>**ATTORNEY ID:** 4725 _____<br><br>**FIRM NAME:**<br><br>Kimmel, Carter, Roman & Peltz _____<br><br>**ADDRESS:**<br><br>Plaza 273 _____<br><br>56 West Main Street, 4th Floor _____<br><br>Newark, Delaware 19702 _____<br><br>**TELEPHONE NUMBER:** (302) 565-6100<br><br>**FAX NUMBER:** (302) 565-6101<br><br>**E-MAIL ADDRESS:** lkimmel@kcrlaw.com | **IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS:**<br><br>None. _____<br><br>**EXPLAIN THE RELATIONSHIP:**<br><br>Not Applicable _____<br><br>_____<br><br>_____<br><br>**OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT:**<br><br>Not Applicable _____ |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Janet Kennedy_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )  _Janet Kennedy_    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Heritage Equipment
Leasing, LLC
2580 Executive Rd.
Winterhaven, FL  33884

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☑ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    RA 528 766 541 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

EARL J. HIBBITTS,                        :
                                         :
    Plaintiff,                       :        C.A. No.:  08C-06-223 PLA
                                         :
        v.                         :        NON-ARBITRATION CASE
                                         :
CHARLES HALE,                            :
INDIAN RIVER TRANSPORT, INC.,            :
HERITAGE EQUIPMENT                       :
LEASING, LLC, and, HERITAGE              :
MANAGEMENT GROUP, INC,                   :
                                         :        JURY TRIAL DEMANDED
    Defendants.                      :

## A F F I D A V I T

STATE OF DELAWARE  :
                : SS.
NEW CASTLE COUNTY :

    I, LAWRANCE SPILLER KIMMEL, am attorney for the plaintiff(s).

    This affidavit is made on behalf of the plaintiff(s) in accordance with the provisions of 10 Del.C. §3104 as amended and also pursuant to Superior Court Rule 4(f)(II)(h) and is filed as an amendment to the complaint.

    The defendant, Heritage Management Group, LLC, is a business in the State of Florida and the last known address is 2580 Executive Road, Winterhaven, FL 33884.

    On the 5th day of August 2008, a notice, a copy of which is attached hereto as exhibit "A" and incorporated by reference as is more fully set forth, was sent by registered mail, return receipt requested, at the address set forth above.

On or about the 19th day of August 2008, the return receipt number RA 528 766 515 US, which is attached hereto as Exhibit "B" and incorporated by reference as is more fully set forth, was received on behalf of the plaintiff from the postal authorities showing the notice was signed by Janet Kennedy on the Defendant's behalf.

**LAWRANCE SPILLER KIMMEL, ESQUIRE**
Bar ID: 4725
Kimmel, Carter, Roman & Peltz, P.A.
56 W. Main Street, Fourth Floor
Plaza 273
Newark, DE 19702
(302) 565-6100
Attorney for Plaintiff

SWORN TO AND SUBSCRIBED BEFORE ME this ___25th___ day of

___August___, A.D., 2008.

_____
Notary Public



Registered No. RA287663315US    RA 5J8 966 5I5 US

Date Stamp

0711

08/07/08

| Reg. Fee | $10.00 | | |
|----------|--------|----------|-------|
| Handling Charge | $0.00 | Return Receipt | $2.20 |
| Postage | $0.76 | Restricted Delivery | $0.00 |
| Received by | | | |

To Be Completed By Post Office

Customer Must Declare Full Value $ $0.00

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

FROM
Lawrance Spiller Kimmel
Po Box 8149
Newark, DE 19714

TO
Heritage Management Group LLC
WINTER HAVEN, FL 33884
2580 Executive Rd
Winterhaven FL 33884

To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed

PS Form **3806**,    **Receipt for Registered Mail**    Copy 1 - Customer
May 2007 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

LAW OFFICES

# KIMMEL, CARTER, ROMAN & PELTZ

PROFESSIONAL ASSOCIATION

MORTON RICHARD KIMMEL*
EDWARD B. CARTER, JR.
THOMAS J. ROMAN
WILLIAM R. PELTZ
MICHAEL D. BEDNASH
MATTHEW M. BARTKOWSKI **
JONATHAN B. O'NEILL ***
LAWRANCE SPILLER KIMMEL ****

   \* ALSO MEMBER DC BAR
  \*\* ALSO MEMBER PA BAR
 \*\*\* ALSO MEMBER NJ BAR
\*\*\*\* ALSO MEMBER PA & NJ BARS

PLAZA 273 & I-95

<u>MAILING ADDRESS</u>

P.O. BOX 8149
NEWARK, DELAWARE 19714

————

(302) 565-6100
FAX (302) 565-6101

<u>WILMINGTON OFFICE</u>

913 MARKET STREET
SUITE 700
WILMINGTON, DE
(302) 571-0800

<u>WEB SITE</u>
www.Kimmelcarter.com

August 5, 2008

Re:   Earl J. Hibbitts v. Charles Hale, et al

Heritage Management Group, LLC
2580 Executive Road
Winterhaven, FL 33884

Dear Sir or Madam:

    Pursuant to the provisions of 10 <u>Del. C.</u> Section 3104, I am enclosing herewith a copy of the summons, complaint and answers to the Superior Court form 30 interrogatories, together with a copy of the Sheriff's return in the above-captioned case.

    You are hereby notified that service of the original of such process has been served upon the Secretary of State of the State of Delaware.

    As you can see, these papers name you as defendant in a civil action which has been initiated in the Superior Court of Delaware, in and for New Castle County.  Under the provision of Title 10, Section 3104 of the Delaware Code, such service is as effectual to all intents and purposes as if it had been made upon you personally within the State.

Very truly yours,

Lawrance Spiller Kimmel

LSK/bel
Enclosures
REGISTERED MAIL
RETURN RECEIPT REQUESTED

EFiled: Jun 26 2008 6:56PM EDT
Transaction ID 20427072
Case No. 08C-06-223 PLA

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| EARL J. HIBBITTS, | : | |
| Plaintiff, | : | C.A. No.: |
| | : | |
| v. | : | NON-ARBITRATION CASE |
| | : | |
| CHARLES HALE, | : | |
| INDIAN RIVER TRANSPORT, INC., | : | |
| HERITAGE EQUIPMENT | : | |
| LEASING, LLC, and, HERITAGE | : | |
| MANAGEMENT GROUP, INC, | : | |
| Defendants. | : | JURY TRIAL DEMANDED |
| | : | |

**THE STATE OF DELAWARE,**

**TO THE SHERIFF OF KENT COUNTY:**

**YOU ARE COMMANDED:**

     To summon the above named defendant's so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon Lawrance Spiller Kimmel, Esquire, plaintiff's attorney, whose address is 200 Biddle Avenue, Suite 101, Springside Plaza, Newark DE 19702, an answer to complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

     To serve upon defendant a copy hereof and of the complaint (and of the affidavit of demand if any has been filed by plaintiff).

<div align="right">

SHARON AGNEW
Prothonotary

_____
Per Deputy

</div>

**TO THE ABOVE NAMED DEFENDANT:**

     In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

<div align="right">

SHARON AGNEW
Prothonotary

_____
Per Deputy

</div>



**EFiled:** Aug 4 2008 10:44AM EDT
**Transaction ID** 20909142
**Case No.** 08C-06-223 PLA

# Sheriff's Return

Served the within Summons and copy of the following complaint:

SUMMONS/COMPLAINT/INTERROGATORIES

this day, Monday, July 21, 2008, personally upon **HARRIET SMITH WINDSOR**, Secretary of State of the State of Delaware, by leaving with her a true and correct copy of the said Summons for the defendant:

**INDIAN RIVER TRANSPORT, INC., HERITAGE EQUIPMENT LEASING & HERITAGE MANAGEMENT GROUP**



and a copy of the Complaint for the said defendant, together with the sum of $ 6.00 Dollars, as prescribed by Section 3104 of Title 10 of the Delaware Code of 1978.

So Answers,

Jim Higdon
Sheriff of Kent County

EFiled: Jun 26 2008 6:56 [ . . ]
Transaction ID 20427072
Case No. 08C-06-223 PLA

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

|  |  |  |
|---|---|---|
| EARL J. HIBBITTS, | : | |
| Plaintiff, | : | C.A. No.: |
| | : | |
| v. | : | NON-ARBITRATION CASE |
| | : | |
| CHARLES HALE, | : | |
| INDIAN RIVER TRANSPORT, INC., | : | |
| HERITAGE EQUIPMENT | : | |
| LEASING, LLC, and, HERITAGE | : | |
| MANAGEMENT GROUP, INC, | : | |
| | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

### PRAECIPE

PLEASE ISSUE SUMMONS, COMPLAINT, and PLAINTIFF'S ANSWERS

TO SUPERIOR COURT FORM 30 INTERROGATORIES on:

1)  Defendant Charles Hale at 2580 Executive Road, Winterhaven, FL 33884,

through the Secretary of State pursuant to 10 Del.C. § 3112;

2)  Defendant Indian River Transport, Inc., through the corporation itself at 2580

Executive Road, Winterhaven, FL 33884, through the Secretary of State pursuant to 10

Del.C. § 3104.

3)  Defendant Heritage Equipment Leasing, LLC, through the corporation itself at

2580 Executive Road, Winterhaven, FL 33884, through the Secretary of State pursuant to

10 Del.C. § 3104;

4)  Defendant Heritage Management Group, LLC, through the corporation itself at

2580 Executive Road, Winterhaven, FL 33884, through the Secretary of State pursuant to

10 Del.C. § 3104.

/s/ LAWRANCE SPILLER KIMMEL
**LAWRANCE SPILLER KIMMEL, ESQUIRE**
Kimmel, Carter, Roman, & Peltz, P.A.
56 W. Main Street, Fourth Floor
Plaza 273
Newark, DE 19702
(302) 565-6100
Attorney for Plaintiff
Bar ID: 4725

DATE: June 26, 2008

EFiled: Jun 26 2008 6:56 PM EDT
Transaction ID 20427072
Case No. 08C-06-223 PLA

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| EARL J. HIBBITTS, | : | |
| | : | |
| Plaintiff, | : | C.A. No.: |
| | : | |
| v. | : | NON-ARBITRATION CASE |
| | : | |
| CHARLES HALE, | : | |
| INDIAN RIVER TRANSPORT, INC., | : | |
| HERITAGE EQUIPMENT | : | |
| LEASING, LLC, and, HERITAGE | : | |
| MANAGEMENT GROUP, INC, | : | |
| | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

### COMPLAINT

1. On Tuesday, 7/18/06, at approximately 4:35 p.m., Plaintiff was operating his vehicle, stopped in traffic on southbound New Castle Avenue, in New Castle, New Castle County, Delaware, when he was struck from the rear by a vehicle left unoccupied by Defendant Hale, who had left his vehicle unattended in a negligent and careless manner, causing his vehicle to roll down a hill and into the Plaintiff's vehicle, causing Plaintiff's vehicle to strike two motor vehicles in front of him, resulting in injuries and damages to Plaintiff.

2. The conduct of Defendant Hale was negligent and careless in a manner which proximately caused the aforesaid accident in that he:

(a) left his vehicle unattended in violation of 21 <u>Del.C.</u> Section 4182;

(b) failed to maintain proper control over his vehicle; and,

(c) operated his vehicle in a careless and/or inattentive manner in violation of 21 <u>Del.C.</u> Section 4176;

(d) failed to effectively set the brake of his vehicle when leaving it unattended in violation of 21 <u>Del.C.</u> Section 4182;

(e) failed to turn the front wheels to the curb or side of the highway in violation of 21 <u>Del.C.</u> Section 4182;

(f) failed to equip his vehicle with brakes adequate to control the movement of and to stop and to hold such vehicle and any trailer or semitrailer attached thereto including 2 separate means of applying the brakes in violation of 21 <u>Del.C.</u> Section 4303;

(g) failed to maintain the brakes of his vehicle in good working order and conform to regulations promulgated by the Secretary in violation of 21 <u>Del.C.</u> Section 4303;

(h) failed to maintain the brakes of his vehicle so the hand brake could hold such vehicle stationary on any grade upon which operated in violation of 21 <u>Del.C.</u> Section 4304;

(i) operated a vehicle with faulty and/or defective equipment, causing said vehicle to move forward when left unattended on the roadway.

3. The negligence of Defendant Hale is imputed to Defendants Indian River Transport, Inc., Heritage Equipment Leasing, LLC, and Heritage Management Group, LLC, since the former was operating the vehicle as the agent, servant and/or employee of Defendants Indian River Transport, Inc., Heritage Equipment Leasing, LLC, and Heritage Management Group, LLC, and was pursuing Defendants Indian River Transport, Inc., Heritage Equipment Leasing, LLC's, and Heritage Management Group, LLC's business at the time of the aforesaid accident. Each Defendant must deny agency by affidavit pursuant to 10 <u>Del. C.</u> Section 3916.

4. As a result of the aforesaid conduct of Defendants, Plaintiff sustained injuries to his head, neck, back, shoulders, right upper extremity, left upper extremity, left lower extremity, right lower extremity, and other injuries, some or all of which may be permanent, pain and suffering, mental distress, a loss of earnings, and other damages.

**WHEREFORE**, Plaintiff demands judgment against Defendants for his general and special damages, in an amount to be determined by a jury, plus costs and interest.

/s/ LAWRANCE SPILLER KIMMEL

**LAWRANCE SPILLER KIMMEL, ESQUIRE**
Kimmel, Carter, Roman, & Peltz, P.A.
56 W. Main Street, Fourth Floor
Plaza 273
Newark, DE 19702
(302) 565-6100
Attorney for Plaintiff
Bar ID: 4725

DATE: June 26, 2008

EFiled: Jun 26 2008 6:56PM EDT
Transaction ID 20427072
Case No. 08C-06-223 PLA

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| EARL J. HIBBITTS, | : | |
| Plaintiff, | : | C.A. No.: |
| v. | : | NON-ARBITRATION CASE |
| CHARLES HALE, | : | |
| INDIAN RIVER TRANSPORT, INC., | : | |
| HERITAGE EQUIPMENT | : | |
| LEASING, LLC, and, HERITAGE | : | |
| MANAGEMENT GROUP, INC, | : | |
| Defendants. | : | JURY TRIAL DEMANDED |

### ANSWERS TO SUPERIOR COURT
### FORM 30 INTERROGATORIES

1. Give the names and present or last known residential and employment address and

telephone number of each eye-witness to the incident which is the subject of litigation

#### ANSWER:

See the police report.

2. Give the names and present or last known residential and employment address and

telephone number of each person who has knowledge of the facts relating to the

litigation.

#### ANSWER:

See those listed in the Police Report, as well as plaintiff's friends, relatives, and business
associates.

Christiana Hospital, 4755 Ogletown-Stanton Road, Newark, DE 19710;

Delaware Open MRI, H-42 Omega Drive, Newark, DE 19713;

Glasgow Surgery Center, 2600 Glasgow Ave., Ste. 226, Newark, DE 19702;

Dr. Arnold B. Glassman, 700 Lea Blvd, Suite 102, Wilmington, DE 19802;

Dr. Bruce H. Grossinger, Delaware Neurological Center, 4100 Dawnbrook Dr., Suite 4 Arbor Point Professional Center, Wilmington, DE 19804;

Dr. Stephen L. Hershey, First State Orthopaedics, Med. Arts Pav. Suites 225 and 238 4745 Ogletown-Stanton Rd., Newark, DE 19713-1338;

Dr. Victor R. Kalman, Morgan Kalman Clinic, 2501 Silverside Road, Wilmington, DE 19810;

Dr. Anne C. Mack, Delaware Back Pain & Rehab Center, 2600 Glasgow Avenue Suite 210, Newark, DE 19702;

Scomed Supply, Inc., 316 Commerce Drive, Exton, PA 19341.


3.  Give the names of all persons who have been interviewed in connection with the above litigation, including the names and present and last known residential and employment addresses and telephone numbers of the person who made the said interviews and name and present or last known residential and employment addresses and telephone numbers of persons who have the original and copies of the interview.

**ANSWER:**

None known.


4. Identify all photographs, diagrams, or other representations made in connection with the matter in litigation giving the name and present or last known residential and employment address and telephone number of the person having the original and copies thereof. (In lieu thereof, a copy can be attached.)

**ANSWER:**

See Police Report.

5. Give the name, professional address and telephone number of all expert witnesses presently retained by the party together with the dates of any written opinions prepared by said expert. If an expert is not presently retained, describe by type the experts whom the party expects to retain in connection with the litigation.

**ANSWER:**

See those physicians listed in Interrogatory number 2 above.

6. Give a brief description of any insurance policy, including excess coverage, that is or may be applicable to the litigation, including:

    a.   The name and address of all companies insuring the risk;

    b.   The policy number;

    c.   The amount of primary, /secondary, and excessive coverage.

    d.   The type of insurance;

**ANSWER:**

Geico Insurance Company, 1 Geico Boulevard, Fredericksburg, VA 22412, (800) 841-1003, Claim Number: 0166116410101061 (15K/30K PIP – Exhausted);

Continental Casualty Company, PO Box 17369, Denver, CO 80217, Claim Number: TR903960 (Unknown LIAB)

7. Give the name, professional address, and telephone number of all physicians,

chiropractors, psychologists, and physical therapists who have examined or treated you at

any time during the ten year period immediately prior to the date of the incident at issue

in this litigation.

<div align="center">**ANSWER:**</div>

To be provided.

<div style="margin-left: 40%;">

/s/ LAWRANCE SPILLER KIMMEL
**LAWRANCE SPILLER KIMMEL, ESQUIRE**
Kimmel, Carter, Roman, & Peltz, P.A.
56 W. Main Street, Fourth Floor
Plaza 273
Newark, DE 19702
(302) 565-6100
Attorney for Plaintiff
Bar ID: 4725

</div>

DATE: June 26, 2008

EFiled: Jun 26 2008 6:56PM EDT
Transaction ID 20427072
Case No. 08C-06-223 PLA

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

EARL J. HIBBITTS,                                :

    Plaintiff,                              :    C.A. No.:

          v.                                     :    NON-ARBITRATION CASE

CHARLES HALE,                               :
INDIAN RIVER TRANSPORT, INC.,     :
HERITAGE EQUIPMENT                      :
LEASING, LLC, and, HERITAGE        :
MANAGEMENT GROUP, INC,              :

    Defendants.                            :    JURY TRIAL DEMANDED
                                      :

## AFFIDAVIT OF COUSEL PURSUANT
## TO RULE 3(a)(1)(ii) AND (iii)

STATE OF DELAWARE:
               : SS
NEW CASTLE COUNTY:

LAWRANCE S. KIMMEL, being duly sworn this 26th day of _June_, 2008, does depose and say:

1. He is attorney for plaintiff in the above-referenced action.

2. This action involves a claim for personal injuries where the plaintiff claims special damages that have and will be supplied.

## FILING IN COMPLIANCE WITH SUPERIOR COURT RULE 3(h)

In compliance with Superior Court Civil Rule 3(h), Plaintiff attaches the following documentation:

(i)      Answers to Form 30 Interrogatories;

(ii)     Due to the volume of documentary evidence gathered in this case, it is impractical to attach photocopies of all documents to the complaint. Copies of all

documents discoverable under this rule will be forwarded to the attorney for the defendant once an appearance is made by defendant's counsel and a written request for these documents is made.

LAWRANCE SPILLER KIMMEL

SWORN TO AND SUBSCRIBED before me the day and year aforesaid.

NOTARY PUBLIC

JONATHAN B. O'NEILL
ATTORNEY AT LAW
Notarial Officer, State of Delaware
Pursuant to 29 Del. C. § 4323(a)(3)
This com.

EFiled: Jun 26 2008  6:56PM EDT
Transaction ID 20427072
Case No. 08C-06-223 PLA

## SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)

COUNTY:  (New Castle)  Kent  Sussex          CIVIL ACTION NUMBER: _____

| CAPTION: | Civil Case Code: **CPIA** |
|---|---|
| EARL J. HIBBITTS | Civil Case Type: **Personal Injury Auto** |
| Plaintiff, | |
| .v. | Name and Status of Party filing document: EARL J. HIBBITTS, Plaintiff |
| CHARLES HALE, INDIAN RIVER TRANSPORT, INC., HERITAGE EQUIPMENT LEASING, LLC, and HERITAGE MANAGEMENT GROUP, INC., | **Document Type:** (E.G. Complaint; Answer with Counterclaim) COMPLAINT, SUMMONS, ANSWER TO FORM 30 INTERROGATORIES, AND PRAECIPE. |
| Defendants. | JURY DEMAND: __X__ Yes _____ No |

| | |
|---|---|
| **ATTORNEY NAME:** Lawrance Spiller Kimmel, Esq. | **IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS:** |
| **ATTORNEY ID:** 4725 | None. |
| **FIRM NAME:** Kimmel, Carter, Roman & Peltz | **EXPLAIN THE RELATIONSHIP:** |
| **ADDRESS:** Plaza 273 | Not Applicable |
| 56 West Main Street, 4th Floor | |
| Newark, Delaware 19702 | **OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT:** |
| **TELEPHONE NUMBER:** (302) 565-6100 | Not Applicable |
| **FAX NUMBER:** (302) 565-6101 | |
| **E-MAIL ADDRESS:** lkimmel@kcrlaw.com | |

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Janet Kennedy*  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name)  C. Date of Delivery<br>*Janet Kennedy* |
| 1. Article Addressed to:<br><br>Heritage Management<br>Group, LLC<br>2580 Executive Rd.<br>Winterhaven, FL 33884 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☒ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)*  RA 528 966 515 US | |
| PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540 | |

**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

**IN AND FOR NEW CASTLE COUNTY**

EARL J. HIBBITTS,                          :
                                           :
      Plaintiff,                     :          C.A. No.: 08C-06-223 PLA
                                           :
          v.                      :          NON-ARBITRATION CASE
                                           :
CHARLES HALE,                              :
INDIAN RIVER TRANSPORT, INC.,              :
HERITAGE EQUIPMENT                         :
LEASING, LLC, and, HERITAGE                :
MANAGEMENT GROUP, INC,                     :
                                           :          JURY TRIAL DEMANDED
      Defendants.                    :

**A F F I D A V I T**

STATE OF DELAWARE  :
                : SS.
NEW CASTLE COUNTY :

      I, LAWRANCE SPILLER KIMMEL, am attorney for the plaintiff(s).

      This affidavit is made on behalf of the plaintiff(s) in accordance with the

provisions of 10 Del.C. §3104 as amended and also pursuant to Superior Court Rule

4(f)(II)(h) and is filed as an amendment to the complaint.

      The defendant, Indian River Transport, Inc., is a business in the State of Florida

and the last known address is 2580 Executive Road, Winterhaven, FL 33884.

      On the 5th day of August 2008, a notice, a copy of which is attached hereto as

exhibit "A" and incorporated by reference as is more fully set forth, was sent by

registered mail, return receipt requested, at the address set forth above.

On or about the 19th day of August 2008, the return receipt number RA 528 766 524 US, which is attached hereto as Exhibit "B" and incorporated by reference as is more fully set forth, was received on behalf of the plaintiff from the postal authorities showing the notice was signed by Janet Kennedy on the Defendant's behalf.


**LAWRANCE SPILLER KIMMEL, ESQUIRE**
Bar ID: 4725
Kimmel, Carter, Roman & Peltz, P.A.
56 W. Main Street, Fourth Floor
Plaza 273
Newark, DE 19702
(302) 565-6100
Attorney for Plaintiff


SWORN TO AND SUBSCRIBED BEFORE ME this ___25th___ day of ___August___, A.D., 2008.


Notary Public

Registered No.

RA 528 766 524 US

Date Stamp

| | |
|---|---|
| Reg. Fee | |
| Handling Charge   RA528766524US | Return Receipt |
| Postage   $10.80 | Restricted Delivery |
| Received by   $0.00 | $2.20 |
| Customer Must Declare Full Value $   $0.76 | Domestic Insurance up to $25,000 is included based upon the declared value. International indemnity is limited. (See Reverse). |

To Be Completed By Post Office

## OFFICIAL USE

To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed

FROM
Lawrence Spiller Kimmel
PO Box 8149
Newark, DE 19714
19711

TO
Indian River Transport, Inc.
2580 Executive Rd.
Winterhaven FL 33884
WINTER HAVEN FL 33884

PS Form 3806,   **Receipt for Registered Mail**   Copy 1 - Customer
May 2007 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

LAW OFFICES

# KIMMEL, CARTER, ROMAN & PELTZ

PROFESSIONAL ASSOCIATION

PLAZA 273 & I-95

MAILING ADDRESS

P.O. BOX 8149

NEWARK, DELAWARE 19714

MORTON RICHARD KIMMEL*
EDWARD B. CARTER, JR.
THOMAS J. ROMAN
WILLIAM R. PELTZ
MICHAEL D. BEDNASH
MATTHEW M. BARTKOWSKI **
JONATHAN B. O'NEILL ***
LAWRANCE SPILLER KIMMEL ****

   *  ALSO MEMBER DC BAR
  **  ALSO MEMBER PA BAR
 ***  ALSO MEMBER NJ BAR
****  ALSO MEMBER PA & NJ BARS

WILMINGTON OFFICE

913 MARKET STREET
SUITE 700
WILMINGTON, DE
(302) 571-0800

WEB SITE
www.Kimmelcarter.com

(302) 565-6100
FAX (302) 565-6101

August 5, 2008

Re:   Earl J. Hibbitts v. Charles Hale, et al

Indian River Transport, Inc.
2580 Executive Road
Winterhaven, FL 33884

Dear Sir or Madam:

     Pursuant to the provisions of 10 Del. C. Section 3104, I am enclosing herewith a copy of the summons, complaint and answers to the Superior Court form 30 interrogatories, together with a copy of the Sheriff's return in the above-captioned case.

     You are hereby notified that service of the original of such process has been served upon the Secretary of State of the State of Delaware.

     As you can see, these papers name you as defendant in a civil action which has been initiated in the Superior Court of Delaware, in and for New Castle County.  Under the provision of Title 10, Section 3104 of the Delaware Code, such service is as effectual to all intents and purposes as if it had been made upon you personally within the State.

               Very truly yours,

               Lawrance Spiller Kimmel

LSK/bel
Enclosures
REGISTERED MAIL
RETURN RECEIPT REQUESTED

EFiled: Jun 26 2008 6:56PM EDT
Transaction ID 20427072
Case No. 08C-06-223 PLA

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| EARL J. HIBBITTS, | : | |
| Plaintiff, | : | C.A. No.: |
| v. | : | NON-ARBITRATION CASE |
| CHARLES HALE, INDIAN RIVER TRANSPORT, INC., HERITAGE EQUIPMENT LEASING, LLC, and, HERITAGE MANAGEMENT GROUP, INC, | : | |
| Defendants. | : | JURY TRIAL DEMANDED |

**THE STATE OF DELAWARE,**

**TO THE SHERIFF OF KENT COUNTY:**

**YOU ARE COMMANDED:**

To summon the above named defendant's so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon Lawrance Spiller Kimmel, Esquire, plaintiff's attorney, whose address is 200 Biddle Avenue, Suite 101, Springside Plaza, Newark DE 19702, an answer to complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint (and of the affidavit of demand if any has been filed by plaintiff).

<div style="text-align:right">

SHARON AGNEW
Prothonotary

_____
Per Deputy

</div>

**TO THE ABOVE NAMED DEFENDANT:**

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

<div style="text-align:right">

SHARON AGNEW
Prothonotary

_____
Per Deputy

</div>



EFiled: Aug 4 2008 10:44... EDT
Transaction ID 20909142
Case No. 08C-06-223 PLA

# Sheriff's Return

Served the within Summons and copy of the following complaint:

SUMMONS/COMPLAINT/INTERROGATORIES

this day, Monday, July 21, 2008, personally upon **HARRIET SMITH WINDSOR**, Secretary of State of the State of Delaware, by leaving with her a true and correct copy of the said Summons for the defendant:

**INDIAN RIVER TRANSPORT, INC., HERITAGE EQUIPMENT LEASING & HERITAGE MANAGEMENT GROUP**

FILED
PROTHONOTARY
2008 AUG -4  AM 7:11

and a copy of the Complaint for the said defendant, together with the sum of $ 6.00 Dollars, as prescribed by Section 3104 of Title 10 of the Delaware Code of 1978.

So Answers,

Jim Higdon
Sheriff of Kent County

EFiled: Jun 26 2008 6:56PM EDT
Transaction ID 20427072
Case No. 08C-06-223 PLA

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

EARL J. HIBBITTS,                             :
                                              :
            Plaintiff,                        :      C.A. No.:
                                              :
      v.                                      :      NON-ARBITRATION CASE
                                              :
CHARLES HALE,                                 :
INDIAN RIVER TRANSPORT, INC.,                 :
HERITAGE EQUIPMENT                            :
LEASING, LLC, and, HERITAGE                   :
MANAGEMENT GROUP, INC,                        :
                                              :      JURY TRIAL DEMANDED
            Defendants.                       :

## PRAECIPE

PLEASE ISSUE SUMMONS, COMPLAINT, and PLAINTIFF'S ANSWERS

TO SUPERIOR COURT FORM 30 INTERROGATORIES on:

1) Defendant Charles Hale at 2580 Executive Road, Winterhaven, FL 33884,

through the Secretary of State pursuant to 10 Del.C. § 3112;

2) Defendant Indian River Transport, Inc., through the corporation itself at 2580

Executive Road, Winterhaven, FL 33884, through the Secretary of State pursuant to 10

Del.C. § 3104.

3) Defendant Heritage Equipment Leasing, LLC, through the corporation itself at

2580 Executive Road, Winterhaven, FL 33884, through the Secretary of State pursuant to

10 Del.C. § 3104;

4) Defendant Heritage Management Group, LLC, through the corporation itself at

2580 Executive Road, Winterhaven, FL 33884, through the Secretary of State pursuant to

10 Del.C. § 3104.

<u>/s/ LAWRANCE SPILLER KIMMEL</u>
**LAWRANCE SPILLER KIMMEL, ESQUIRE**
Kimmel, Carter, Roman, & Peltz, P.A.
56 W. Main Street, Fourth Floor
Plaza 273
Newark, DE 19702
(302) 565-6100
Attorney for Plaintiff
Bar ID: 4725

DATE: June 26, 2008

EFiled: Jun 26 2008  6:56PM EDT
Transaction ID 20427072
Case No. 08C-06-223 PLA

**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

**IN AND FOR NEW CASTLE COUNTY**

| | | |
|---|---|---|
| EARL J. HIBBITTS, | : | |
| | : | |
| Plaintiff, | : | C.A. No.: |
| | : | |
| v. | : | NON-ARBITRATION CASE |
| | : | |
| CHARLES HALE, | : | |
| INDIAN RIVER TRANSPORT, INC., | : | |
| HERITAGE EQUIPMENT | : | |
| LEASING, LLC, and, HERITAGE | : | |
| MANAGEMENT GROUP, INC, | : | |
| | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

## COMPLAINT

1. On Tuesday, 7/18/06, at approximately 4:35 p.m., Plaintiff was operating his vehicle, stopped in traffic on southbound New Castle Avenue, in New Castle, New Castle County, Delaware, when he was struck from the rear by a vehicle left unoccupied by Defendant Hale, who had left his vehicle unattended in a negligent and careless manner, causing his vehicle to roll down a hill and into the Plaintiff's vehicle, causing Plaintiff's vehicle to strike two motor vehicles in front of him, resulting in injuries and damages to Plaintiff.

2. The conduct of Defendant Hale was negligent and careless in a manner which proximately caused the aforesaid accident in that he:

(a) left his vehicle unattended in violation of 21 Del.C. Section 4182;

(b) failed to maintain proper control over his vehicle; and,

(c) operated his vehicle in a careless and/or inattentive manner in violation of 21 Del.C. Section 4176;

(d) failed to effectively set the brake of his vehicle when leaving it unattended in violation of 21 Del.C. Section 4182;

(e) failed to turn the front wheels to the curb or side of the highway in violation of 21 Del.C. Section 4182;

(f) failed to equip his vehicle with brakes adequate to control the movement of and to stop and to hold such vehicle and any trailer or semitrailer attached thereto including 2 separate means of applying the brakes in violation of 21 Del.C. Section 4303;

(g) failed to maintain the brakes of his vehicle in good working order and conform to regulations promulgated by the Secretary in violation of 21 Del.C. Section 4303;

(h) failed to maintain the brakes of his vehicle so the hand brake could hold such vehicle stationary on any grade upon which operated in violation of 21 Del.C. Section 4304;

(i) operated a vehicle with faulty and/or defective equipment, causing said vehicle to move forward when left unattended on the roadway.

3. The negligence of Defendant Hale is imputed to Defendants Indian River Transport, Inc., Heritage Equipment Leasing, LLC, and Heritage Management Group, LLC, since the former was operating the vehicle as the agent, servant and/or employee of Defendants Indian River Transport, Inc., Heritage Equipment Leasing, LLC, and Heritage Management Group, LLC, and was pursuing Defendants Indian River Transport, Inc., Heritage Equipment Leasing, LLC's, and Heritage Management Group, LLC's business at the time of the aforesaid accident. Each Defendant must deny agency by affidavit pursuant to 10 Del. C. Section 3916.

4. As a result of the aforesaid conduct of Defendants, Plaintiff sustained injuries to his head, neck, back, shoulders, right upper extremity, left upper extremity, left lower extremity, right lower extremity, and other injuries, some or all of which may be permanent, pain and suffering, mental distress, a loss of earnings, and other damages.

**WHEREFORE**, Plaintiff demands judgment against Defendants for his general and special damages, in an amount to be determined by a jury, plus costs and interest.

/s/ **LAWRANCE SPILLER KIMMEL**
**LAWRANCE SPILLER KIMMEL, ESQUIRE**
Kimmel, Carter, Roman, & Peltz, P.A.
56 W. Main Street, Fourth Floor
Plaza 273
Newark, DE 19702
(302) 565-6100
Attorney for Plaintiff
Bar ID: 4725

DATE: June 26, 2008

EFiled: Jun 26 2008 6:56PM EDT
Transaction ID 20427072
Case No. 08C-06-223 PLA

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

|  |  |  |
|---|---|---|
| EARL J. HIBBITTS, | : | |
| Plaintiff, | : | C.A. No.: |
| | : | |
| v. | : | NON-ARBITRATION CASE |
| | : | |
| CHARLES HALE, | : | |
| INDIAN RIVER TRANSPORT, INC., | : | |
| HERITAGE EQUIPMENT | : | |
| LEASING, LLC, and, HERITAGE | : | |
| MANAGEMENT GROUP, INC, | : | |
| | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

### ANSWERS TO SUPERIOR COURT
### FORM 30 INTERROGATORIES

1. Give the names and present or last known residential and employment address and

telephone number of each eye-witness to the incident which is the subject of litigation

#### ANSWER:

See the police report.

2. Give the names and present or last known residential and employment address and

telephone number of each person who has knowledge of the facts relating to the

litigation.

#### ANSWER:

See those listed in the Police Report, as well as plaintiff's friends, relatives, and business associates.

Christiana Hospital, 4755 Ogletown-Stanton Road, Newark, DE  19710;

Delaware Open MRI, H-42 Omega Drive, Newark, DE  19713;

Glasgow Surgery Center, 2600 Glasgow Ave., Ste. 226, Newark, DE  19702;

Dr. Arnold B. Glassman, 700 Lea Blvd, Suite 102, Wilmington, DE 19802;

Dr. Bruce H. Grossinger, Delaware Neurological Center, 4100 Dawnbrook Dr., Suite 4 Arbor Point Professional Center, Wilmington, DE 19804;

Dr. Stephen L. Hershey, First State Orthopaedics, Med. Arts Pav. Suites 225 and 238 4745 Ogletown-Stanton Rd., Newark, DE 19713-1338;

Dr. Victor R. Kalman, Morgan Kalman Clinic, 2501 Silverside Road, Wilmington, DE 19810;

Dr. Anne C. Mack, Delaware Back Pain & Rehab Center, 2600 Glasgow Avenue Suite 210, Newark, DE 19702;

Scomed Supply, Inc., 316 Commerce Drive, Exton, PA 19341.


3. Give the names of all persons who have been interviewed in connection with the above litigation, including the names and present and last known residential and employment addresses and telephone numbers of the person who made the said interviews and name and present or last known residential and employment addresses and telephone numbers of persons who have the original and copies of the interview.

**ANSWER:**

None known.


4. Identify all photographs, diagrams, or other representations made in connection with the matter in litigation giving the name and present or last known residential and employment address and telephone number of the person having the original and copies thereof. (In lieu thereof, a copy can be attached.)

**ANSWER:**

See Police Report.

5. Give the name, professional address and telephone number of all expert witnesses presently retained by the party together with the dates of any written opinions prepared by said expert. If an expert is not presently retained, describe by type the experts whom the party expects to retain in connection with the litigation.

### ANSWER:

See those physicians listed in Interrogatory number 2 above.

6. Give a brief description of any insurance policy, including excess coverage, that is or may be applicable to the litigation, including:

    a.   The name and address of all companies insuring the risk;

    b.   The policy number;

    c.   The amount of primary, /secondary, and excessive coverage.

    d.   The type of insurance;

### ANSWER:

Geico Insurance Company, 1 Geico Boulevard, Fredericksburg, VA 22412, (800) 841-1003, Claim Number: 0166116410101061 (15K/30K PIP – Exhausted);

Continental Casualty Company, PO Box 17369, Denver, CO 80217, Claim Number: TR903960 (Unknown LIAB)

7. Give the name, professional address, and telephone number of all physicians,

chiropractors, psychologists, and physical therapists who have examined or treated you at

any time during the ten year period immediately prior to the date of the incident at issue

in this litigation.

<p align="center">ANSWER:</p>

To be provided.


<div style="margin-left:40%">

/s/ LAWRANCE SPILLER KIMMEL

**LAWRANCE SPILLER KIMMEL, ESQUIRE**
Kimmel, Carter, Roman, & Peltz, P.A.
56 W. Main Street, Fourth Floor
Plaza 273
Newark, DE 19702
(302) 565-6100
Attorney for Plaintiff
Bar ID: 4725

</div>

DATE: June 26, 2008

EFiled: Jun 26 2008 6:56 .ELT
Transaction ID 20427072
Case No. 08C-06-223 PLA

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| EARL J. HIBBITTS, | : | |
| Plaintiff, | : | C.A. No.: |
| | : | |
| v. | : | NON-ARBITRATION CASE |
| | : | |
| CHARLES HALE, | : | |
| INDIAN RIVER TRANSPORT, INC., | : | |
| HERITAGE EQUIPMENT | : | |
| LEASING, LLC, and, HERITAGE | : | |
| MANAGEMENT GROUP, INC, | : | |
| | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

### AFFIDAVIT OF COUSEL PURSUANT
### TO RULE 3(a)(1)(ii) AND (iii)

STATE OF DELAWARE:

          : SS

NEW CASTLE COUNTY:

      LAWRANCE S. KIMMEL, being duly sworn this 26th day of _June_, 2008, does depose and say:

1. He is attorney for plaintiff in the above-referenced action.

2. This action involves a claim for personal injuries where the plaintiff claims special damages that have and will be supplied.

### FILING IN COMPLIANCE WITH SUPERIOR COURT RULE 3(h)

      In compliance with Superior Court Civil Rule 3(h), Plaintiff attaches the following documentation:

      (i)      Answers to Form 30 Interrogatories;

      (ii)      Due to the volume of documentary evidence gathered in this case, it is impractical to attach photocopies of all documents to the complaint. Copies of all

documents discoverable under this rule will be forwarded to the attorney for the defendant once an appearance is made by defendant's counsel and a written request for these documents is made.

LAWRANCE SPILLER KIMMEL

SWORN TO AND SUBSCRIBED before me the day and year aforesaid.

NOTARY PUBLIC

JONATHAN B. O'NEILL
ATTORNEY AT LAW
Notarial Officer, State of Delaware
Pursuant to 29 Del. C. § 4323(a)(2)
This com...

EFiled: Jun 26 2008  6:56PM EDT
Transaction ID 20427072
Case No. 08C-06-223 PLA

# SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)

COUNTY: (New Castle)  Kent  Sussex          CIVIL ACTION NUMBER: _____

**CAPTION:**

EARL J. HIBBITTS _____

_____

       Plaintiff,

   v.

_____

CHARLES HALE, INDIAN RIVER TRANSPORT, INC.,
HERITAGE EQUIPMENT LEASING, LLC, and
HERITAGE MANAGEMENT GROUP, INC.,

       Defendants.

---

Civil Case Code: **CPIA** _____

Civil Case Type: **Personal Injury Auto** _____

Name and Status of Party filing document:

EARL J. HIBBITTS, Plaintiff

Document Type: (E.G. Complaint; Answer with Counterclaim)
COMPLAINT, SUMMONS, ANSWER TO FORM 30
INTERROGATORIES, AND PRAECIPE.

JURY DEMAND: ___X___ Yes _____ No

---

**ATTORNEY NAME:**

Lawrance Spiller Kimmel, Esq. _____

**ATTORNEY ID:** 4725 _____

**FIRM NAME:**

Kimmel, Carter, Roman & Peltz _____

**ADDRESS:**

Plaza 273 _____

56 West Main Street, 4th Floor _____

Newark, Delaware 19702 _____

**TELEPHONE NUMBER:** (302) 565-6100 _____

**FAX NUMBER:** (302) 565-6101 _____

**E-MAIL ADDRESS:** lkimmel@kcrlaw.com

---

IDENTIFY ANY RELATED CASES NOW PENDING IN
THE SUPERIOR COURT BY CAPTION AND CIVIL
ACTION NUMBER INCLUDING JUDGE'S INITIALS:

None. _____

**EXPLAIN THE RELATIONSHIP:**

Not Applicable _____

_____

_____

**OTHER UNUSUAL ISSUES THAT AFFECT CASE
MANAGEMENT:**

Not Applicable _____

_____

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Indian River Transport, Inc.*
*2580 Executive Rd.*

*Winterhaven, FL 33884*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Janet Kennedy*                     ☐ Agent
                                      ☐ Addressee

B. Received by ( Printed Name)        C. Date of Delivery
*Janet Kennedy*

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Certified Mail      ☐ Express Mail
☒ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   *RA 528 766 524 US*

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540