# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

EARL J. HIBBITTS                          .                          :

                                     :    C.A. No. 08C-501

             v.                           :

CHARLES HALE, INDIAN RIVER       :

TRANSPORT, INC. HERITAGE EQUIPMENT  :

LEASING, LLC and HERITAGE        :

MANAGEMENT GROUP, INC.           :


IT IS HEREBY STIPULATED by and between the parties, that the aforesaid action has

been amicably resolved and the cased against defendants, be dismissed with prejudice, with

costs to be assessed against each party.


_/s/ Lawrance Kimmel_____       _/s/ Delia Clark_____

Lawrance Kimmel, Esquire,             Delia A. Clark, Esquire

Attorney for Plaintiff, Earl Hibbitts      Attorney for Defendants.